UNITED STATES DISTRICT COURT
MIDDLE DIVISION OF FLORIDA
OCALA DIVISION

FILED

Bal

2016 JUN -2 AM 10: 52

CLERK. US DISTRICT COURT
MIDDLE DISTRICT OF FL
OCALA FLORIDA

DONALD OTIS WILLIAMS,
            Petitioner,

v

Case Number: 5:16-CN-357-Oe-10 PRL

SECRETARY . DEPARTMENT
OF CORRECTIONS,
            Respondent.                    /
_____

## MOTION FOR COURT CONSIDERATION

COMES NOW Petitioner in the above-styled caused and moves the Honorable Court to accept the accompanied Petition for Habeas Corpus reflecting a filing date within the boundries and acceptions of AEDPA. Support of this respectfully submitted supplication is as follows:

1— Petitioner's filing fee is being sent via Petitioner's account in compliance with Local Rule 4.14.(b) by special withdrawal form DC2-304 (Please note the enclosed) The filing fee should be sent directly from Petitioner's account to the Court's Clerk. The date on the withdrawal form indicates May 18. 2016. Note financial record. (Exhibit-1)

2— Petitioner pleads to the Court to consider the below

a) On November 21. 2013 Petitioner was adjudicated guilty and sentenced contrary to Florida Rule of Criminal Procedure 3.111(d)(5) which is anticonstitutional due to Petitioner wasn't allowed counsel at sentencing. Numerous other errors occurred during the violation of probation hearings that amount to plain errors as well

b) On November 21, 2013 following the unlawful sentencing hearing trial court appointed public defender as appellate counsel to represent Petitioner during direct appeal. (Exhibit-1)

c) On December 12, 2013 the District Court of Appeal, Fifth Judicial District (5th DCA) acknowledged new case number: 5D13-4464. (Exhibit 1)

d) Appellate counsel filed an Anders brief on June 23, 2014 followed by 5th DCA mandate on Febuary 10, 2015

e) Petitioner requested trial court to grant him access to the court per FCrP Rule 3.850 on March 13, 2015.

f) On March 25, 2015 trial court granted Petitioner the right to file pursuant to Rule 3.850 (Exhibit-2)

g) In December 2015 following a campaign of pleadings to the State and Lake County Florida Sheriff for Petitioner's eyeglasses Petitioner pleaded to trial court to direct Lake County Sheriff to provide Petitioner with his prescription eyeglasses. (As of the present day the order has not been adhered to despite reintroducing the matter before the court) The order was rendered in January 2016 for Petitioner.

h) In January 2016 numerous motions for transcripts, public defender file of Petitioner were submitted to compel the parties to relinquish evidence to be used in postconviction. Trial court denied without prejudice Petitioner's pleading for public defender file, denied deposition transcript and did not rule on a request for proceeding transcripts where State acknowledged public defender committed perjury while representing Petitioner

i) On Febuary 3, 2016 Petitioner filed FCrP Rule 3.850 motions and subsequently supplementing the pleadings on March 10,

2

2016 and March 14, 2016 with extensive exhibits and authoritative citations

J) On March 30, 2016 trial court denied Petitioner's motions. Petitioner received the order on April 7, 2016 and ultimately filed a timely notice of appeal

K) On May 4, 2016 the 5th DCA constructed a letter to Petitioner. The postmark on the letter's envelope reflects May 13, 2016 which Petitioner received on May 18, 2016. The 5th DCA letter informed Petitioner he was prohibited from filing with the court due to the court's prohibition order in respect to case no. 5D05-4254. Ten years ago Petitioner filed a Petition for mandamus in an attempt to prevent the Sheriff from destroying Petitioner's medical records. Petitioner was ordered to show cause why the action should not be dismissed whereas he timely filed a response in March 2006 with complete respect to the court. As the Court can see Petitioner was allowed access to the 5th DCA on: April 7, 2014; May 1, 2014; July 17, 2014; July 21, 2014; July 28, 2014; August 6, 2014; August 14, 2014; August 18, 2014; August 28, 2014; September 11, 2014; September 16, 2014; October 2, 2014; October 20, 2014; October 27, 2014; November 17, 2014; December 22, 2014 during the direct appeal case 5D13-4464. Why allow Petitioner to file with the 5th DCA ___ during direct appeal then without cause or reason reinstitute a Prohibition regarding an appeal concerning the same conviction and sentence? Its a complete mystery how the court banned Petitioner access to the court on August 18, 2006 but allowed him, and indeed ordered him to file in direct appeal case 5D13-4464 but turn around and

3

deny him the right to appeal the very judgment and sentence it not long before had jurisdiction over. And to further complicate matters by placing Petitioner on the edge of AEDPA time limit is the action of the appellate court in allowing Petitioner to file with the court in direct appeal action but not in post conviction trial court appeal procedure nor pursue ineffective assistance of appellate counsel which has to be filed with the 5th DCA and also trial court's order dated March 30, 2016 is inundated with over one-dozen instances of appellate counsel deficiencies.

   1) As of this date May 19, 2016 Petitioner had done every possible exercise he was capable of regarding challenging his illegal sentence and conviction. Petitioner has battled through PTSD, bipolar mania, frontal lobe dementia from numerous skull fractures, multiple seizures all while divested of his eyeglasses and legal assistance. Petitioner's efforts should be considered and reflected as exceptions to AEDPA laches.

   3_ Petitioner moves the Honorable Court to allow Petitioner to continue with the petition due to the above mentioned

              Respectfully submitted by  Donald Otis Williams
                                         413479
                                         Florida State Prison
                                         P.O. Box 800
                                         Raiford, Florida

4

## CERTIFICATE OF SERVICE

*I HEREBY CERTIFY,* that I placed this document in the hands of prison officials at Florida State Prison.

for mailing via U.S. Mail to: U S District Court Clerk, 207 NW
PARTIES SERVED
Second Street, Ocala, Florida 34475-6666. Attorney General

4144 Seabreeze Blvd., Fifth Floor, Daytona Beach, Florida

32118

on this _26th_ day of _May_____, 20 _16_
      **DAY**            **MONTH**        **YR.**

Donald Otis Williams
**SIGNATURE**
Donald Otis Williams
**PRINTED NAME**
W13479
**DC NUMBER**

**Florida State Prison**
**7819 N.W. 228th Street**
**Raiford, Fl. 32026**

5

## UNNOTARIZED OATH

Under penalties of perjury, I declare that I have read the foregoing motion

and the facts stated in it are true.

Executed this 26th day of May , 20 16 .

/s/ Donald Otis Williams

## FOOTNOTE

[FN 1] See Exhibit-3

6

# APPENDIX

Document                                                    Exhibit

Online Docket List Regarding Case No. 5D13-4404 . . . 1

Circuit Court Order Dated March 25, 2015 . . . . . . . 2

Petitioner's Financial Record . . . . . . . . . . . . 3

## CERTIFICATE OF AUTHENTICITY

I certify the document listed above are exact copies of the originals provided to Petitioner

## CERTIFICATE OF SERVICE

I certify the appendix and exhibits were sent by U.S. Mail on May 26th, 2016 to this Court's Clerk and Respondents at 444 Seabreeze Blvd., Fifth Floor, Daytona Beach, Florida 32118

## OATH

I hereby declare the above statements are true and correct, under the penalty of perjury.

Executed on this 26th day May 2016

Sworn to by Donald Otis Williams, U13479
Florida State Prison
P.O. Box 800
Raiford, Florida 32083

EXHIBIT-1

# Fifth District Court of Appeal

Case | Docket | Confidential | Tasks ▶ | Panel | Upload | Case List | Search | Generate Documents ▶ | Administration

PA EV WL

Case No: [          ]   **Search**
13-4404

**DONALD OTIS WILLIAMS**
vs
**STATE OF FLORIDA**

| | | | | |
|---|---|---|---|---|
| Date Filed: 12/16/2013 | Status: Closed | Proceeding: Appeal | Fee: Waived-9.430 | Consolidated: |
| Type: Criminal | Category: Judgment and Sentence | Nature: Final | Circuit: 5th Judicial Circuit | County: Lake |
| Cross Appeal: | Supplement: | Conference Date: 1/18/2015 | OA Date: | |

**Edit**

Show: [All]   **Apply Filter**

| | Date | Type | View | Pleading | Note | Filed By | On Behalf Of | |
|---|---|---|---|---|---|---|---|---|
| | 02/10/2015 | Mandate | | Mandate | | | | |
| | 02/10/2015 | Brief | | Returned Records | NO RECORD E-FILED | | | |
| | 01/22/2015 | Order | | Order Deny Rehearing | | | | |
| | 01/18/2015 | Event | | Conference Date Set | Central Staff | | | |
| | 12/29/2014 | Motion | | Motion For Rehearing | MAILBOX 12/22 | WILLIAMS, DONALD | | |
| | 12/09/2014 | Order | | WITHDRAWL O/COUNSEL-ANDERS BRF | | | | |
| | 12/09/2014 | Disposition | | Affirmed | PCA | | | |
| | 12/02/2014 | Order | | ORD-STRICKEN | AA'S 11/20MOT IS STRICKEN | | | |
| | 11/20/2014 | Motion | | Motion For Rehearing/Interim Order | OF 10/22 ORDER;MAILBOX 11/17 | WILLIAMS, DONALD | | |
| | 11/19/2014 | Event | | Assigned Date | | | | |
| | 11/14/2014 | Brief | | Case Perfected | | | | |
| | 10/30/2014 | Event | | Miscellaneous Docket Entry | *ADDENDUM TO BRF*MAILBOX 10/27;PS Donald Otis Williams | | | |
| | 10/22/2014 | Order | | Order Deny Motion to Supplement Record | | | | |
| | 10/21/2014 | Order | | ORD-MISCELLANEOUS ORDER-OR999 | AA'S 10/20 NOT OF ERROR IS NOTED | | | |
| | 10/20/2014 | Notice | | Other Notice | OF ERROR AND REQ TO CORRECT PAGE 26 OF BRF | WILLIAMS, DONALD | | |
| | 10/14/2014 | Response | | Response | PER 10/6ORDER | REEVES, ANNE MOORMAN | DONALD OTIS WILLIAMS | |
| | 10/07/2014 | Order | | ORD-TO FILE RESPONSE | W/I 10 DYS, COUNSEL FOR AA SHALL FILE RESPONSE TO EMERGENCY MOT TO SUPP ROA | | | |
| | 10/06/2014 | Motion | | Motion To File Supplemental Record | *EMERGENCY* MAILBOX 10/2 | WILLIAMS, DONALD | | |
| | | | | | 9/7 MTN/REVIEW IS DENIED. 9/19 MTN/FOR ACTION | | | |

| | | Date | Type | | Title | Description | Party 1 | Party 2 | |
|---|---|---|---|---|---|---|---|---|---|
| 🖉🗑 | | 10/01/2014 | Order | | Order Deny Motion For Review | IS DENIED. "PETITIONER'S ADDENDUM" IS STRICKEN. | | | 🖘 |
| 🖉🗑 | ☑ | 09/22/2014 | Event | | Miscellaneous Docket Entry | *ADDENDUM AND SUPP SUPPORTING EXHIBITS;PS Donald Otis Williams; STRICKEN PER 10/1 ORDER. | | | 🖘 |
| 🖉🗑 | ☑ | 09/19/2014 | Motion | | Miscellaneous Motion | *FOR ACTION";MAILBOX 9/16 | WILLIAMS, DONALD | | 🖘 |
| 🖉🗑 | | 09/17/2014 | Order | | ORD-MISCELLANEOUS ORDER-OR999 | NOA FILE IN LT ON 9/11 IS TREATED AS A MOTION FOR REVIEW | | | 🖘 |
| 🖉🗑 | ☑ | 09/16/2014 | Order | | Order Deny Rehearing of Order | AA'S 7/28 "NOTICE" DENIED W/O AA RAISING CONCERNS IN BRIEF. BRIEF DUE W/I 45 DYS. | | | 🖘 |
| 🖉🗑 | ☑ | 09/16/2014 | Motion | | Motion For Review | | WILLIAMS, DONALD | DONALD O. WILLIAMS | 🖘 |
| 🖉🗑 | | 09/11/2014 | Event | | Reply | TO RESPONSE;PS Donald Otis Williams | | | 🖘 |
| 🖉🗑 | | 09/09/2014 | Notice | | Notice of Filing No Answer Brief | SUPP | SQUIRE, DOUGLAS | State of Florida | 🖘 |
| 🖉🗑 | ☑ | 08/26/2014 | Response | | Response | PER 8/20 ORDER | REEVES, ANNE MOORMAN | DONALD OTIS WILLIAMS | 🖘 |
| 🖉🗑 | ☑ | 08/25/2014 | Brief | | Initial Brief on Merits | RESPONSE PER ANDERS ORDER;MAILBOX 8/28 | WILLIAMS, DONALD | | 🖘 |
| 🖉🗑 | ☑ | 08/20/2014 | Order | | ORD-MISCELLANEOUS ORDER-OR999 | PD TO FILE RESPONSE TO AA'S 7/28 NOTICE OF CONFLICT W/I 10 DYS. AA'S 8/11 MTN/STAY DENIED. 7/29 OR | | | 🖘 |
| 🖉🗑 | ☑ | 08/19/2014 | Order | | Order Grant EOT for Pro Se Anders Brief | | | | 🖘 |
| 🖉🗑 | | 08/18/2014 | Notice | | Other Notice | "AA HAS COMMENCED A FLORIDA BAR COMPLAINT..." | WILLIAMS, DONALD | | 🖘 |
| 🖉🗑 | ☑ | 08/18/2014 | Motion | | Motion For Rehearing/Interim Order | OF 7/29 ORDER | WILLIAMS, DONALD | | 🖘 |
| 🖉🗑 | ☑ | 08/18/2014 | Motion | | Mot. for Extension of time to file Initial Brief | FILE RESPONSE PER ANDERS ORDER;MAILBOX 8/14 | WILLIAMS, DONALD | | 🖘 |
| 🖉🗑 | | 08/11/2014 | Motion | | Motion To Stay | MAILBOX 8/6 | WILLIAMS, DONALD | | 🖘 |
| 🖉🗑 | | 07/29/2014 | Order | | ORD-MISCELLANEOUS ORDER-OR999 | 7/28 NOTICES OF CONFLICT AND MOTIONS FOR CONSIDERATIONS ARE ACKNOWLEDGED; NO ACTION WILL BE TAKEN.; | | | 🖘 |
| 🖉🗑 | | 07/28/2014 | Notice | | Other Notice | DUPLICATE NOTICE RE: ROA (CERT SERVICE 7/23) | WILLIAMS, DONALD | | 🖘 |
| 🖉🗑 | ☑ | 07/28/2014 | Notice | | Other Notice | *OF CONFLICT AND MOTIONS FOR | WILLIAMS, DONALD | | 🖘 |

| | | | | | | CONSIDERATIONS" | | |
|---|---|---|---|---|---|---|---|---|
| ✏🗑 | › | 07/28/2014 | Order | 🔗 | ORD-MISCELLANEOUS ORDER-OR999 | 7/24 NOTICE IS ACKNOWLEDGED; ROA IS CORRECT AND COMPLETE | | |
| ✏🗑 ☐ | | 07/24/2014 | Notice | 🔗 | Other Notice | RE: ROA; MAILBOX 7/21 | WILLIAMS, DONALD | |
| ✏🗑 ☑ | | 07/21/2014 | Order | 🔗 | Order Grant EOT for Pro Se Anders Brief | | | |
| ✏🗑 ☑ | | 07/21/2014 | Motion | 🔗 | Mot. for Extension of time to file Initial Brief | FILE RESPONSE PER ANDERS ORDER;MAILBOX 7/17 | WILLIAMS, DONALD | |
| ✏🗑 | ⌐› | 07/09/2014 | Notice | 🔗 | Notice of Filing No Answer Brief | | SQUIRE, DOUGLAS | State of Florida |
| ✏🗑 ☐ | | 06/24/2014 | Order | 🔗 | ORD-ANDERS ORDER | | | |
| ✏🗑 ☑ | | 06/23/2014 | Motion | 🔗 | Motion To Withdraw as Counsel | RE: ANDERS | REEVES, ANNE MOORMAN | DONALD OTIS WILLIAMS |
| ✏🗑 | ⌐› | 06/23/2014 | Brief | 🔗 | Initial Brief on Merits | ANDERS BRIEF | REEVES, ANNE MOORMAN | DONALD OTIS WILLIAMS |
| ✏🗑 ☑ | | 06/20/2014 | Notice | 🔗 | Other Notice | AGREED XOT TO FILE INITIAL BRIEF TO 7/21/14 | REEVES, ANNE MOORMAN | DONALD OTIS WILLIAMS |
| ✏🗑 ☑ | | 06/17/2014 | Brief | 🔗 | Supplemental Records | 1 VOL - E-FILED "HYPER" (55 PAGES) | | |
| ✏🗑 | · | 05/27/2014 | Response | 🔗 | Response | PER 5/12 ORDER | WILLIAMS, DONALD | |
| ✏🗑 ☐ | | 05/15/2014 | Order | 🔗 | Grant Motion to Supplement Record | | | |
| ✏🗑 ☑ | | 05/14/2014 | Motion | 🔗 | Motion To File Supplemental Record | | REEVES, ANNE MOORMAN | DONALD OTIS WILLIAMS |
| ✏🗑 ☐ | | 05/13/2014 | Order | 🔗 | ORD-AMENDED ORDER | W/IN 10 DAYS; AA SHALL ADVISE IF HE RECEIVED THE DOCUMENTS... | | |
| ✏🗑 | ⌐› | 05/13/2014 | Event | | COMMENT | RETURNED MAIL; RESENT 5/5 ORDER | | |
| ✏🗑 ☑ | | 05/05/2014 | Order | 🔗 | ORD-MISCELLANEOUS ORDER-OR999 | W/IN 10 DAYS; AA SHALL ADVISE IF DOCUMENTS WERE RECEIVED... | | |
| ✏🗑 | · · | 05/05/2014 | Event | 🔗 | Miscellaneous Docket Entry | "SECOND NOTICE TO COURT";MAILBOX 5/1;PS Donald O. Williams | | |
| ✏🗑 | ⌐·› | 04/14/2014 | Response | 🔗 | Response | PER 4/14 ORDER | REEVES, ANNE MOORMAN | DONALD OTIS WILLIAMS |
| ✏🗑 ☑ | | 04/14/2014 | Order | 🔗 | ORD-TO FILE RESPONSE | W/IN 20 DAYS; COUNSEL SHALL RESPOND TO PRO SE'S 4/10 NOTICE TO THE COURT | | |
| ✏🗑 ☑ | | 04/10/2014 | Event | 🔗 | Miscellaneous Docket Entry | "NOTICE TO COURT";MAILBOX 4/7;PS Donald O. Williams | | |
| ✏🗑 ☑ | | 03/17/2014 | Notice | 🔗 | Other Notice | AGREED EOT TO FILE INIT BRF TO 5/16 | REEVES, ANNE MOORMAN | Donald Otis Williams |
| ✏🗑 | ⌐› | 02/13/2014 | Brief | 🔗 | Received Records | CORRECTED RECORD 5 VOL - E-FILED (1041 PAGES) | | |
| ✏🗑 ☐ | | 02/12/2014 | Order | 🔗 | ORD-Discharge Show Cause | 3/14 ROA DUE | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ✎ 🗑 ☑ | 02/12/2014 | Brief | | Received Records | 5 VOL - E-FILED (1041 PAGES) | | |
| ✎ 🗑 | 02/11/2014 | Response | | Response | PER 2/10 ORDER | Public Defender, Lake County | DONALD OTIS WILLIAMS |
| ✎ 🗑 ☑ | 02/10/2014 | Order | | SHOW CAUSE-LACK O/PROSECUT ROA | W/IN 10 DAYS; AA SHOW CAUSE WHY NO ROA; DISCHARGED PER 2/12 ORDER | | |
| ✎ 🗑 | 12/16/2013 | Order | | LT CRT ORD O/INDG & APP O/CNSL | | | DONALD O. WILLIAMS |
| ✎ 🗑 | 12/16/2013 | Letter | | Acknowledgement Letter 1 | | | |
| ✎ 🗑 ☑ | 12/16/2013 | Notice | | Notice of Appeal Filed | FILED BELOW 12/12/13 | GROSSENBACHER, WILLIAM | DONALD O. WILLIAMS |
| | | | | | | Add | |

eMail Docket to: [                    ] [Send]

EXHIBIT- 2

IN THE CIRCUIT COURT OF THE FIFTH JUDICIAL CIRCUIT,
IN AND FOR LAKE COUNTY, FLORIDA

STATE OF FLORIDA                         CASE NO.  2000-CF-2130

v.

DONALD O. WILLIAMS,
            Defendant
_____/

## ORDER AUTHORIZING PRO SE POST MOTIONS FOR POST CONVICTION RELIEF

THIS CAUSE came before the Court on the Defendant's request, dated March 13, 2015, to

file pro se motions for post conviction relief and the Court, having considered the Defendant's

request, ORDERS AND ADJUDGES that the Defendant is authorized to file good faith pro se

motions for post conviction relief in this case.

DONE AND ORDERED in Tavares, Lake County, Florida, this 25ᵗʰ day of March, 2015.

MARK A. NACKE,
CIRCUIT JUDGE

Copies to:  AS  3/26/15

Donald O. Williams U13479
Florida State Prison
7819 N.W. 228ᵗʰ Street
Raiford, Florida 32026

State Attorney's Office
Tavares, Florida



EXHIBIT-3