UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**DONALD OTIS WILLIAMS,**

      **Petitioner,**

v.                                                               **Case No. 5:16-cv-357-Oc-10PRL**

**SECRETARY, DEPARTMENT OF
CORRECTIONS, et al.,**

      **Respondents.**

## ORDER TO SHOW CAUSE

Petitioner initiated this case by filing a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254. See Doc. 1. Petitioner did not pay the required filing fee or request to proceed as a pauper. Accordingly, within **TWENTY ONE (21) DAYS** from the date of this Order, Petitioner shall either submit the $5.00 filing fee or complete and file the enclosed Affidavit of Indigency.[1] The **Clerk** is directed to send Petitioner a blank Affidavit of Indigency. Failure to comply with this order in the allotted time could result in the dismissal of the action without further notice.

    **IT IS SO ORDERED.**

    **DONE AND ORDERED** at Ocala, Florida, this 2nd day of June, 2016.

PHILIP R. LAMMENS
United States Magistrate Judge

---

[1] Petitioner is reminded to include with an Affidavit of Indigency, a computer printout of all the transactions in his inmate account for the 6 months preceding the filing of this action.