UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**DONALD OTIS WILLIAMS,**

    **Petitioner,**

v.                                                                                  Case No. 5:16-cv-357-Oc-10PRL

**SECRETARY, DEPARTMENT OF
CORRECTIONS, et al.,**

    **Respondents.**

## ORDER

Petitioner initiated this case by filing a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254. See Doc. 1. Petitioner now moves to allow him to proceed with his case. (Doc. 3.) The Court will direct a response from the Government when Petitioner complies with its June 2, 2016 Order (Doc. 4) to pay the fee or move for leave to proceed as a pauper. Accordingly, Petitioner's motion (Doc. 3) is **DENIED AS MOOT.**

    **IT IS SO ORDERED.**

    **DONE AND ORDERED** at Ocala, Florida, this 14th day of June, 2016.

PHILIP R. LAMMENS
United States Magistrate Judge