# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

DONALD OTIS WILLIAMS,

    Petitioner,

v.                                                         Case No: **5:16-cv-357-Oc-10PRL**

SECRETARY, DEPARTMENT OF
CORRECTIONS and FLORIDA
ATTORNEY GENERAL

    Respondents.

## NOTICE OF DESIGNATION UNDER LOCAL RULE 3.05

Please take notice that, in accordance with Local Rule 3.05, this action is designated as a **Track One** Case. All parties must meet any requirements established in Local Rule 3.05 for cases designated as track one. Petitioner is responsible for serving a copy of this notice on all other parties.

                                                                   SHERYL L. LOESCH, CLERK

                                                                  *Mari Jo Taylor*
                                                          By:    Deputy Clerk

Date: June 15, 2016

Distribution:
    -Copies to plaintiff(s) [including habeas petitioner(s), bankruptcy appellant(s), and removing defendant(s)]