UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

DONALD OTIS WILLIAMS,
Petitioner.

V.

SECRETARY. DEPARTMENT
OF CORRECTIONS. et al.,
Respondents.

Case No.: 5:16-cv-357-Oc-

LEGAL MAIL PROVIDED TO FLORIDA STATE PRISON DATE 6.16.16 FOR MAILING. INMATES INITIALS DOW

## PETITIONER'S RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE DATED JUNE 2, 2016

COMES NOW Petitioner in the above-styled cause pursuant to the Honorable Court's Order dated June 2, 2016 and provides the Court this respectfully submitted response.

1 — Firstly Petitioner brings to the Court's attention the filing fee required to process the above referenced habeas action has been reinitiated (See Item - 1). Petitioner further states the method, including the document procedure was inadvertently provided to one staff member then another unbeknownst to Petitioner. Petitioner believes there was not any amount of intentional neglect. As Item-1 clearly indicates Petitioner submitted the filing fee withdrawal in May 2016, then resubmitted, and resubmitted.

2 — There is no doubt the responsibility of providing the Court the filing fee is Petitioner's and solely Petitioner's. As the Court should be aware there are extraordinary circumstances that occurred Petitioner could not foresee, control or prevent. (See Items - 2, 3)

3 — Petitioner is presently attempting to track the progress of the withdrawal of Petitioner's account.

4. Due to federal court rules Petitioner is providing the Court's Order to Show Cause to Respondents (See Item-4) due to the Order does not reflect a copy of the Order furnished to Respondents' counsel.

5. Petitioner would move the Court to acknowledge the filing fee and trac number of the case

6. This Response to the Court's Show Cause Order is being requested to be treated as a priority matter to the law library staff

Whereas Petitioner respectfully submits this "Response to the Court's Order to Show Cause Dated June 2, 2016".

## CERTIFICATE OF SERVICE

I hereby certify this instrument and an exact copy was sent by U.S. Mail on June 16, 2016 to the Honorable Court's Clerk, and Attorney General, 444 Seabreeze Blvd., Fifth Floor, Daytona Beach, Florida 32118.

## APPENDIX

| Document | Item |
|---|---|
| FDOC Form DC6-236 Regarding Petitioner's Withdrawal | 1 |
| June 1, 2016 Notice to the Circuit Court | 2 |
| June 1, 2016 Petition for Writ of Mandamus to Circuit Court | 3 |
| June 2, 2016 United States District Court Order | 4 |

## CERTIFICATE OF AUTHENTICITY

I hereby certify the above described documents noted as Items - 1, 2, 3, 4 under Appendix are exact copies provided to Petitioner or submitted by Petitioner

## OATH

I declare under the penalty of perjury the above

2

statement is true and correct

Executed on this 16th day of June 2016

Respectfully submitted by Donald O Williams, U13479
Florida State Prison
P.O. Box 800
Raiford, Florida 32083

ITEM-1

# INMATE REQUEST

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

Mail Number: G2215
Team Number: 9
Institution: FSP

TO: (Check One)
- [ ] Warden
- [ ] Asst. Warden
- [✓] Classification
- [ ] Security
- [ ] Medical
- [ ] Mental Health
- [ ] Dental
- [✓] Other  Admin. Lt. Handley

FROM:
Inmate Name: Williams, Donald Otis
DC Number: 113479
Quarters: G2215
Job Assignment:
Date: 5.24.16

## REQUEST

Check here if this is an informal grievance [ ]

I sent this in on the 18th of May 2016. For some reason it was just returned via the law library

Please process due to priority status regard federal rule

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature): Donald Otis W[illiams]
DC#: 113479

---

**DO NOT WRITE BELOW THIS LINE**

## RESPONSE

DATE RECEIVED: MAY 31 2016
RECEIVED FLORIDA STATE PRISON CLASSIFICATION DEPT.

Withdrawal was submitted through legal mail on 6-9-2016

C/O A. Bazgeron

[The following pertains to informal grievances only:]
Based on the above information, your grievance is _____ . (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Print Name): 
Official (Signature): 
Date:

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 12/14)

ITEM - 2

IN THE CIRCUIT COURT OF THE FIFTH JUDICIAL
CIRCUIT IN AND FOR LAKE COUNTY, FLORIDA

STATE OF FLORIDA,

V.                                              Case Number: 2000-CF-2130

**DONALD OTIS WILLIAMS,**
     **Defendant.**
_____/

## NOTICE TO THE COURT

     Notice is hereby given that, Defendant's Attorney-in-Fact and authorized preparer of court submittals is now deceased.

     Ms. Martha Lynne Fichman passed away unexpectedly following kidney surgery on February 27, 2016.

Please see Exhibit-W attached hereto with this instrument.

     Defendant has just recently acquired the "State of Louisiana Certificate of Vital Record, Certification of Death."

(Exhibit-W)

     Whereas notice to the court Defendant's Attorney-in-Fact and legal document preparer is now deceased.

1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**, the Notice of the Court and exact copy has been sent to Clerk of Court, 500 W. Main Street, Tavares, Florida 32778-7800; and State Attorney, P.O. Box 7800, Tavares, Florida 32778-7800 respectfully on June 1, 2016.

Respectfully Submitted by:     Donald O. Williams
Florida State Prison
P.O. Box 800
Raiford, FL 32083

## APPENDIX

| Document | Exhibit |
|---|---|
| State of Louisiana Certification of Vital Record, Certification of Death Regarding Martha Lynne Fichman | W |

## OATH

I HEREBY CERTIFY the above statement is true and correct. Furthermore I declare under the penalty of perjury all the information provided in the foregoing is true and correct and also certify the above referenced Exhibit-W is a true and correct copy provided by Devin George, Louisiana State Registrar.

Executed this 1st day of June, 2016.

Submitted under oath by Defendant     Donald O. Williams DC# U13479

/s/ Donald O Williams

2

# STATE OF LOUISIANA
## CERTIFICATION OF VITAL RECORD

### CERTIFICATION OF DEATH

BIRTH NUMBER:
STATE FILE NUMBER: 2016-007-00361

**DECEDENT**

4818393

| | | |
|---|---|---|
| DECEDENT'S NAME - (LAST, FIRST, MIDDLE, SUFFIX): FICHMAN, MARTHA LYNNE | DATE OF BIRTH: 09/08/1963 | DATE OF DEATH: 02/27/2016 | TIME OF DEATH: 11:30 AM |
| PLACE OF BIRTH - (CITY, STATE, COUNTRY): OMAHA, NE UNITED STATES | SEX: FEMALE | SOCIAL SECURITY NUMBER: 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 | AGE: 52 YEARS |
| DECEDENT'S ALIAS NAME(S) - (LAST, FIRST, MIDDLE, SUFFIX): | | |

**PERSONAL**

RESIDENCE OF DECEDENT - (STREET ADDRESS, CITY, STATE, ZIP CODE, COUNTRY): 218 HILLSIDE CIR., WEST MONROE, LA 71291 UNITED STATES
WITHIN CITY LIMITS? NO
PARISH/COUNTY: OUACHITA

EVER IN U.S. ARMED FORCES? NO
OCCUPATION: TECHNICAL SUPPORT
INDUSTRY OF OCCUPATION: TELECOMMUNICATION

MARITAL STATUS: WIDOWED
NAME OF SURVIVING SPOUSE (LAST, FIRST, MIDDLE, SUFFIX):

FATHER/PARENT NAME - (LAST, FIRST, MIDDLE, SUFFIX): SMITH, GUY ROBERT
FATHER/PARENT PLACE OF BIRTH - (CITY, STATE, COUNTRY): OMAHA, NE UNITED STATES

MOTHER/PARENT NAME - (LAST, FIRST, MIDDLE, SUFFIX): MCCALLUM, CAROL KAY
MOTHER/PARENT PLACE OF BIRTH - (CITY, STATE, COUNTRY): LYMAN, NE UNITED STATES

INFORMANT'S NAME - (LAST, FIRST, MIDDLE, SUFFIX): BERGER, RUTH
RELATIONSHIP TO DECEDENT: SISTER
INFORMANT'S ADDRESS: 408 SW MARION LN., LEES SUMMIT, MO 64081 UNITED STATES

EDUCATION: SOME COLLEGE CREDIT, BUT NO DEGREE
OF HISPANIC ORIGIN?: NO, NOT SPANISH/HISPANIC/LATINO
RACE: WHITE

**DEATH INFO**

PLACE OF DEATH: DECEDENT'S HOME
FACILITY NAME:
FACILITY ADDRESS - (STREET ADDRESS, CITY, STATE, ZIP CODE, COUNTRY): 218 HILLSIDE CIR., WEST MONROE, LA 71291 UNITED STATES
PARISH/COUNTY: OUACHITA

**DISPOSITION**

METHOD OF DISPOSITION: CREMATION
PLACE OF DISPOSITION: DOWNING PINES CREMATORY
PLACE OF DISPOSITION - (CITY, STATE, COUNTRY): WEST MONROE, LA UNITED STATES
DATE OF DISPOSITION: 03/03/2016

**FUNERAL FACILITY**

FUNERAL FACILITY NAME: MULHEARN FUNERAL HOME, INC. - MONROE
ADDRESS OF FUNERAL FACILITY: 2308 STERLINGTON RD., MONROE, LA 71203 UNITED STATES

NAME OF FUNERAL DIRECTOR (LAST, FIRST, MIDDLE, SUFFIX): MULHEARN III, THOMAS H
LICENSE NUMBER: E2064
CORONER NOTIFIED?: Y

SIGNATURE OF FUNERAL DIRECTOR: *e-sign*
DATE: 3/17/2016

**MEDICAL INFO**

MANNER OF DEATH: NATURAL
IF FEMALE?: NOT APPLICABLE
DID TOBACCO USAGE CONTRIBUTE TO DEATH?: NO

**CAUSE OF DEATH**

PART I. Enter the chain of events – diseases, injuries, or complications – that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE.

APPROXIMATE INTERVAL: Onset to Death

IMMEDIATE CAUSE - (Final disease or condition resulting in death)
a. HYPERTENSIVE ARTERIOSCLEROTIC CARDIOVASCULAR DISEASE — UNK

Sequentially list conditions, if any, leading to the cause listed on line a.
b. DIABETES MELLITUS — UNK

Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST
c. CHRONIC OBSTRUCTIVE PULMONARY DISEASE — UNK

d.

PART II. Enter other significant conditions contributing to death but not resulting in the underlying cause given in PART I.

WAS AN AUTOPSY PERFORMED?: YES
FINDINGS USED IN DETERMINING CAUSE?: YES

**INJURY INFORMATION**

PLACE OF INJURY: 
DATE OF INJURY: 
TIME OF INJURY: 
INJURY AT WORK: 
IF TRANSPORTATION INJURY, SPECIFY:

LOCATION OF INJURY - (STREET ADDRESS, CITY, STATE, ZIP CODE, COUNTRY):
PARISH/COUNTY:

DESCRIBE HOW INJURY OCCURED:

**CERTIFIER**

I CERTIFY THIS 'CORONER CASE' BASED ON MY EXAMINATION OR INVESTIGATION AND, IN MY OPINION, DEATH OCCURRED AT THE TIME, DATE, AND PLACE, AND DUE TO THE CAUSE(S) AND MANNER STATED.

SIGNATURE OF CERTIFIER: *e-sign*
DATE: 3/16/2016

CERTIFIER NAME - (LAST, FIRST, MIDDLE, SUFFIX): O'NEAL, TERI B
CERTIFIER TITLE: CORONER
CERTIFIER ADDRESS - (STREET ADDRESS, CITY, STATE, ZIP CODE, COUNTRY): 103 MCMILLAN RD., WEST MONROE, LA 71291 UNITED STATES

BURIAL TRANSIT PERMIT: 163843
PARISH OF ISSUE: ORLEANS
DATE OF ISSUE: 03/02/2016
DATE FILED WITH REGISTRAR: 3/17/2016

**REGISTRAR**

SIGNATURE OF REGISTRAR: DEVIN GEORGE *e-sign*

ISSUED BY: Calloway, Leslie Hall
Issued On: 3/17/2016 10:50:57 AM




0 0 4 8 1 8 3 9 3

I CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF A CERTIFICATE OR DOCUMENT REGISTERED WITH THE VITAL RECORDS REGISTRY OF THE STATE OF LOUISIANA, PURSUANT TO LSA - R.S.40:32, ET SEQ.

A REPRODUCTION OF THIS DOCUMENT IS VOID AND INVALID.
DO NOT ACCEPT



DEVIN GEORGE
STATE REGISTRAR



ITEM-3

IN THE CIRCUIT COURT OF THE FIFTH JUDICIAL
CIRCUIT IN AND FOR LAKE COUNTY, FLORIDA

STATE OF FLORIDA,
    Respondent, Plaintiff,
V.                                                CASE NO: 2000-CF-2130

DONALD OTIS WILLIAMS,
    Defendant, Petitioner,
V.
LAKE COUNTY, FLORIDA SHERIFF,
    Respondent.
_____/

## PETITION FOR WRIT OF MANDAMUS

Petitioner comes before this Honorable Court in the above-styled cause and petitions the court by direct order to the Lake County Florida Sheriff located at 360 W. Ruby Street, Tavares, Florida 32778 to relinquish Petitioner's eyeglasses immediately without delay. Support of this extraordinary writ is as follows:

    1_Petitioner respectfully requested the court to direct the State and Lake County Florida Sheriff to relinquish Petitioner's eyeglasses by 'Motion to Compel'.

    2_This court promptly granted Petitioner's Motion to Compel above mentioned.

    3_As of this date the court's order has not been acknowledged, recognized nor adhered to.

    4_The State and Lake County Florida Sheriff's obvious non-compliance to the court's order is preventing Petitioner from pursuing due process with the court.

Petitioner has been divested of his eyeglasses from the date of confiscation indicated by date in court recordings as October 23, 2010.

5_Petitioner has written State and County personnel requesting his eyeglasses citing case law and this court's order but the repetitious acts have not produced a single response.

6_Petitioner files with the court the petition with great reluctance because the intentional indifference exhibited by Respondents is unequivocally divesting Petitioner of his constitutional rights: due process, access to court's and the alike.

7_The deprivation of Petitioner's constitutional rights by Respondents is clearly unmistakable.

8_The refusal of Respondents to adhere to the court's order requiring Respondents to relinquish Petitioner's eyeglasses are acts that can only be viewed as intentional whether to turn the nose up at the court's order or to purposely deprive Petitioner of his property and constitutional rights.

9_The petition adheres to United States Codes and Florida Supreme Court actions in direct respect for Petitions for mandamus writs regarding Respondent's official standings.

10_Petitioner seeks immediate actions upon Respondents without further delay and damages incurred as deemed appropriate.

11_Due to the complexity of this matter and the companion case the court labeled

as such to the instant cause Petitioner moves the Honorable Court for counsel.

12_In the event this Honorable Court denies this respectfully submitted extraordinary writ Petitioner requests an appropriate time to appeal and the means to appeal.

Whereas Petitioner moves the Honorable Court to direct Respondents to immediately comply with the court's instructions; to compensate Petitioner for the time Petitioner was deprived of his eyeglasses; and/or appoint counsel to represent Petitioner in the matter and the foregoing statement.

Respectfully Submitted by: Donald O. Williams
Florida State Prison
P.O. Box 800
Raiford, FL 32083

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**, that a true and correct copy of the foregoing motion has been placed in the hands of prison officials at Florida State Prison furnished for mailing via U.S. Mail to: Fifth Judicial Circuit Court, Clerk of Court, P.O. Box 7800, Tavares, Florida 32778-7800; State Attorney, P.O. Box 7800, Tavares, Florida 32778-7800 on this __1st__ day of June, 2016.

Respectfully Submitted
/s/ _Donald O. Williams_
Donald O. Williams
D.O.C.# U13479
Florida State Prison
P.O. Box 800

3

Raiford, FL 32083

## **UNNOTARIZED OATH**

Under penalties of perjury, I declare that I have read the foregoing motion and the facts stated in it are true.

Executed this **1 st** day of June, 2016.

/s/ Donald D Williams

ITEM-4

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

DONALD OTIS WILLIAMS,

    Petitioner,

v.                                    Case No. 5:16-cv-357-Oc-10PRL

SECRETARY, DEPARTMENT OF
CORRECTIONS, et al.,

    Respondents.

### ORDER TO SHOW CAUSE

Petitioner initiated this case by filing a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254. See Doc. 1. Petitioner did not pay the required filing fee or request to proceed as a pauper. Accordingly, within **TWENTY ONE (21) DAYS** from the date of this Order, Petitioner shall either submit the $5.00 filing fee or complete and file the enclosed Affidavit of Indigency.[1] The **Clerk** is directed to send Petitioner a blank Affidavit of Indigency. Failure to comply with this order in the allotted time could result in the dismissal of the action without further notice.

**IT IS SO ORDERED.**

**DONE AND ORDERED** at Ocala, Florida, this 2nd day of June, 2016.

        PHILIP R. LAMMENS
        United States Magistrate Judge

---

[1] Petitioner is reminded to include with an Affidavit of Indigency, a computer printout of all the transactions in his inmate account for the 6 months preceding the filing of this action.