# UNITED STATES DISTRICT COURT
## MIDDLE DIVISION OF FLORIDA
## OCALA DIVISION

**LEGAL MAIL**
PROVIDED TO
FLORIDA STATE PRISON
DATE 6-27-16 FOR MAILING.
INMATES INITIALS DOW

**DONALD OTIS WILLIAMS,**
**Petitioner,**

**V.**

CASE NO: 5:16-cv-357-0c-10PRL

**SECRETARY DEPARTMENT**
**OF CORRECTIONS,**
**Respondent.**
_____/

## MOTION FOR COURT CONSIDERATION

COMES NOW Petitioner in the above-styled cause and moves the Honorable

Court to accept the accompanied Petition for Habeas Corpus reflecting a filing date

within the boundaries and acceptations of AEDPA. Support of the respectfully submitted

supplication is as follows:

1_Petitioner's filing fee is being sent via Petitioner's account in compliance with

local Rule 4.14(b) by special withdrawal form DC2-304 (Please note the enclosed) The

filing fee should be sent directly from Petitioner's account to the court's clerk. The date

on the withdrawal form indicates May 18, 2016. Note financial record. (Exhibit-1)

2_Petitioner pleads to the court to consider the below

    a) On November 21, 2013 Petitioner was adjudicated guilty and sentenced

    contrary to Florida Rules of Criminal Procedure 3.111(d)(5) which is

    unconstitutional due to Petitioner wasn't allowed counsel at sentencing.

    Numerous other errors occurred during the violation of probation hearing

that amount to plain errors as well.

b) On November 21, 2013 following the unlawful sentencing hearing trial court appointed public defender as appellate counsel to represent Petitioner during direct appeal. (Exhibit-1)

c) On December 12, 2013 the District Court of Appeal Fifth Judicial District (5th DCA) acknowledge new case number: 5D13-4404. (Exhibit-1)

d) Appellate counsel filed on Anders brief on June 23, 2014 followed by 5th DCA mandate on February 10, 2015.

e) Petitioner requested trial court to grant him access to the court per Florida Rules of Criminal Procedure Rule 3.850 on March 13, 2015.

f) On March 25, 2015 trial court granted Petitioner the right to file pursuant to Rule 3.850 (Exhibit-2)

g) In December 2015 following a campaign of pleadings to the State and Lake County Florida Sheriff for Petitioner's eyeglasses Petitioner pleaded to trial court to direct Lake County Sheriff to provide Petitioner with his prescription eyeglasses. (As of the present day the order has not been adhered to despite reintroducing the matter before the court) The order was rendered in January 2016 for Petitioner.

h) In January 2015 numerous motions for transcripts, public defender file of Petitioner were submitted to compel the parties to relinquish evidence to be used in postconviction. Trial court denied without prejudice Petitioner's

2

pleading for public defender file, denied deposition transcript and did not rule on a request for proceeding transcripts where State acknowledged public defender committed perjury while representing Petitioner.

i) In February 3, 2016 Petitioner filed Florida Rules of Criminal Procedure Rule 3.850 motions and subsequently supplementing the pleadings on March 10, 2016 and March 14, 2016 with extensive exhibits and authoritative citations.

j) On March 30, 2016 trial court denied Petitioner's motions Petitioner received the order on April 7, 2016 and ultimately filed a timely notice of appeal.

k) On May 4, 2016 the 5th DCA constructed a letter to Petitioner. The postmark on the letter's envelope reflects May 13, 2016 which Petitioner received on May 18, 2016. The 5th DCA letter informed Petition he was prohibited from filing with the court due to the court's prohibition order in respect to case no: 5D05-4254. Ten years ago Petitioner filed a petition for mandamus in an attempt to prevent the Sheriff from destroying Petitioner's medical records. Petitioner was ordered to show cause why the action should not be dismissed whereas he timely filed a response in March 2006 with complete respect to the court. As the court can see Petitioner was allowed access to the 5th DCA on: April 7, 2014; May 1, 2014: July 17, 2014: July 21, 2014: July 28, 2014: August 6, 2014: August 14, 2014:

3

August 18, 2014: August 28, 2014: September 11, 2014: September 16, 2014: October 2, 2014: October 20, 2014: October 27, 2014: November 17, 2014: December 22, 2014 during the direct appeal case 5D13-4404. Why allow Petitioner to file with the 5th DCA – During direct appeal then without cause or reason reinstitute a prohibition regarding an appeal concerning the same conviction and sentence? Its a complete mystery how the court banned Petitioner access to the court on August 18, 2006 but allowed him and indeed ordered him to file    in direct appeal case 5D13-4404 but turn around and deny him the right to appeal the very judgment and sentence it not long before had jurisdiction over. And to further complicate matters by placing Petitioner on the edge of AEDPA time limit is the action of the appellate court in allowing Petitioner to file with the court in direct appeal action but not in postconviction trial court appeal procedure nor pursue ineffective assistance of appellate counsel which has to be filed with the 5th DCA and also trial court's order dated March 30, 2016 is inundated with over one-dozen instances of appellate counsel deficiencies.

l) As of this date May 19, 2016 Petitioner had done every possible exercise he was capable of regarding challenging his illegal sentence and conviction. Petitioner has battled through PTSD, bipolar mania, frontal lobe dementia from numerous skull fractures, multiple seizures all while divested of his eyeglasses and legal assistance. Petitioner efforts should be considered and

reflected as exceptions to AEDPA laches.

3_Petitioner moves the Honorable Court to allow Petitioner to continue with the petition due to the above mentioned.

Respectfully Submitted
/s/ Donald O Williams
Donald O. Williams
D.O.C.# U13479
Florida State Prison
P.O. Box 800
Raiford, FL 32083

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the foregoing motion has been placed in the hands of prison officials at Florida State Prison furnished for mailing via U.S. Mail to: Fifth Judicial Circuit Court, Clerk of Court, 550 W. Main Street, Tavares, Florida 32778; State Attorney, P.O. Box 7800, Tavares, Florida 32778-7800 on this_____ 27th _____ day of June, 2016.

Respectfully Submitted
/s/ Donald O Williams
Donald O. Williams
D.O.C.# U13479
Florida State Prison
P.O. Box 800
Raiford, FL 32083

# APPENDIX

Document                                                                              Exhibit

Online Docket List Regarding Case No: 5D13-4404...................................1

Circuit Court Order Dated March 25, 2015..................................................2

Petitioner's Financial Record.......................................................................3

## CERTIFICATE OF AUTHENTICITY

I certify the document listed above are exact copies of the originals provided to Petitioner.

## CERTIFICATE OF SERVICE

I certify the appendix and exhibits were sent by U.S. Mail on June 8, 2016 to this Court's Clerk and Respondent at 444 Seabreeze Blvd., Fifth Floor, Daytona Beach, Florida 32118.

## OATH

I hereby declare the above statements are true and correct, under the penalty of perjury.

Executed on this 8th Day of June, 2016.

Sworn to by: /s/ Donald O. Williams

> Donald O. Williams
> D.O.C.# U13479
> Florida State Prison
> P.O. Box 800
> Raiford, FL 32083

## UNAUTHORIZED OATH

Under the penalties of perjury, I declare that I have read the foregoing motion and the facts stated in it are true.

Executed this ___28th___ day of June, 2016.

/s/ *Donald O. Williams*
Donald O. Williams
D.O.C.# U13479
Florida State Prison
P.O. Box 800
Raiford, FL 32083

EXHIBIT-1

# Fifth District Court of Appeal

**Case** | **Docket** | **Confidential** | **Tasks ▶** | **Panel** | **Upload** | **Case List** | **Search** | **Generate Documents ▶** | **Administration**

PA EV WL

Case No: [          ]    **Search**

13-4404

**DONALD OTIS WILLIAMS**
vs
**STATE OF FLORIDA**

| | | | | |
|---|---|---|---|---|
| Date Filed: 12/16/2013 | Status: Closed | Proceeding: Appeal | Fee: Waived-9.430 | Consolidated: |
| Type: Criminal | Category: Judgment and Sentence | Nature: Final | Circuit: 5th Judicial Circuit | County: Lake |
| Cross Appeal: | Supplement: | Conference Date: 1/18/2015 | OA Date: | |

**Edit**

Show: [All]    **Apply Filter**

| | | Date | Type | View | Pleading | Note | Filed By | On Behalf Of | |
|---|---|---|---|---|---|---|---|---|---|
| 🖉 🗑 | | 02/10/2015 | Mandate | | Mandate | | | | 💮 |
| 🖉 🗑 | | 02/10/2015 | Brief | | Returned Records | NO RECORD E-FILED | | | |
| 🖉 🗑 | | 01/22/2015 | Order | | Order Deny Rehearing | | | | 💮 |
| 🖉 🗑 | | 01/18/2015 | Event | | Conference Date Set | Central Staff | | | |
| 🖉 🗑 | ☑ | 12/29/2014 | Motion | | Motion For Rehearing | MAILBOX 12/22 | WILLIAMS, DONALD | | 💮 |
| 🖉 🗑 | | 12/09/2014 | Order | | WITHDRAWL O/COUNSEL-ANDERS BRF | | | | 💮 |
| 🖉 🗑 | | 12/09/2014 | Disposition | | Affirmed | PCA | | | 💮 |
| 🖉 🗑 | | 12/02/2014 | Order | | ORD-STRICKEN | AA'S 11/20MOT IS STRICKEN | | | 💮 |
| 🖉 🗑 | ☑ | 11/20/2014 | Motion | | Motion For Rehearing/Interim Order | OF 10/22 ORDER;MAILBOX 11/17 | WILLIAMS, DONALD | | |
| 🖉 🗑 | | 11/19/2014 | Event | | Assigned Date | | | | |
| 🖉 🗑 | | 11/14/2014 | Brief | | Case Perfected | | | | |
| 🖉 🗑 | ☑ | 10/30/2014 | Event | | Miscellaneous Docket Entry | *ADDENDUM TO BRF*MAILBOX 10/27;PS Donald Otis Williams | | | 💮 |
| 🖉 🗑 | | 10/22/2014 | Order | | Order Deny Motion to Supplement Record | | | | 💮 |
| 🖉 🗑 | | 10/21/2014 | Order | | ORD-MISCELLANEOUS ORDER-OR999 | AA'S 10/20 NOT OF ERROR IS NOTED | | | 💮 |
| 🖉 🗑 | ☑ | 10/20/2014 | Notice | | Other Notice | OF ERROR AND REQ TO CORRECT PAGE 26 OF BRF | WILLIAMS, DONALD | | 💮 |
| 🖉 🗑 | ☑ | 10/14/2014 | Response | | Response | PER 10/6ORDER | REEVES, ANNE MOORMAN | DONALD OTIS WILLIAMS | 💮 |
| 🖉 🗑 | ☑ | 10/07/2014 | Order | | ORD-TO FILE RESPONSE | W/I 10 DYS, COUNSEL FOR AA SHALL FILE RESPONSE TO EMERGENCY MOT TO SUPP ROA | | | 💮 |
| 🖉 🗑 | ☑ | 10/06/2014 | Motion | | Motion To File Supplemental Record | *EMERGENCY* MAILBOX 10/2 | WILLIAMS, DONALD | | 💮 |
| | | | | | | 9/7 MTN/REVIEW IS DENIED. 9/19 MTN/FOR ACTION | | | |

| | | Date | Type | | Description | Notes | Party 1 | Party 2 | |
|---|---|---|---|---|---|---|---|---|---|
| ✏ 🗑 | | 10/01/2014 | Order | | Order Deny Motion For Review | IS DENIED. "PETITIONER'S ADDENDUM" IS STRICKEN. | | | 🐾 |
| ✏ 🗑 | ☑ | 09/22/2014 | Event | | Miscellaneous Docket Entry | *ADDENDUM AND SUPP SUPPORTING EXHIBITS;PS Donald Otis Williams; STRICKEN PER 10/1 ORDER. | | | 🐾 |
| ✏ 🗑 | ☑ | 09/19/2014 | Motion | | Miscellaneous Motion | *FOR ACTION";MAILBOX 9/16 | WILLIAMS, DONALD | | 🐾 |
| ✏ 🗑 | | 09/17/2014 | Order | | ORD-MISCELLANEOUS ORDER-OR999 | NOA FILE IN LT ON 9/11 IS TREATED AS A MOTION FOR REVIEW | | | 🐾 |
| ✏ 🗑 | ☑ | 09/16/2014 | Order | | Order Deny Rehearing of Order | AA'S 7/28 "NOTICE" DENIED W/O PREJ TO AA RAISING CONCERNS IN BRIEF. BRIEF DUE W/I 45 DYS. | | | 🐾 |
| ✏ 🗑 | | 09/16/2014 | Motion | | Motion For Review | | WILLIAMS, DONALD | DONALD O. WILLIAMS | 🐾 |
| ✏ 🗑 | | 09/11/2014 | Event | | Reply | TO RESPONSE;PS Donald Otis Williams | | | 🐾 |
| ✏ 🗑 | | 09/09/2014 | Notice | | Notice of Filing No Answer Brief | SUPP | SQUIRE, DOUGLAS | State of Florida | 🐾 |
| ✏ 🗑 | ☑ | 08/26/2014 | Response | | Response | PER 8/20 ORDER | REEVES, ANNE MOORMAN | DONALD OTIS WILLIAMS | 🐾 |
| ✏ 🗑 | ☑ | 08/25/2014 | Brief | | Initial Brief on Merits | RESPONSE PER ANDERS ORDER;MAILBOX 8/28 | WILLIAMS, DONALD | | 🐾 |
| ✏ 🗑 | ☑ | 08/20/2014 | Order | | ORD-MISCELLANEOUS ORDER-OR999 | PD TO FILE RESPONSE TO AA'S 7/28 NOTICE OF CONFLICT W/I 10 DYS. AA'S 8/11 MTN/STAY DENIED. 7/29 OR | | | 🐾 |
| ✏ 🗑 ☑ | | 08/19/2014 | Order | | Order Grant EOT for Pro Se Anders Brief | | | | 🐾 |
| ✏ 🗑 | | 08/18/2014 | Notice | | Other Notice | *AA HAS COMMENCED A FLORIDA BAR COMPLAINT..." | WILLIAMS, DONALD | | 🐾 |
| ✏ 🗑 | ☑ | 08/18/2014 | Motion | | Motion For Rehearing/Interim Order | OF 7/29 ORDER | WILLIAMS, DONALD | | 🐾 |
| ✏ 🗑 | ☑ | 08/18/2014 | Motion | | Mot. for Extension of time to file Initial Brief | FILE RESPONSE PER ANDERS ORDER;MAILBOX 8/14 | WILLIAMS, DONALD | | 🐾 |
| ✏ 🗑 | ☑ | 08/11/2014 | Motion | | Motion To Stay | MAILBOX 8/6 | WILLIAMS, DONALD | | 🐾 |
| ✏ 🗑 | | 07/29/2014 | Order | | ORD-MISCELLANEOUS ORDER-OR999 | 7/28 NOTICES OF CONFLICT AND MOTIONS FOR CONSIDERATIONS ARE ACKNOWLEDGED; NO ACTION WILL BE TAKEN.; | | | 🐾 |
| ✏ 🗑 | | 07/28/2014 | Notice | | Other Notice | DUPLICATE NOTICE RE: ROA (CERT SERVICE 7/23) | WILLIAMS, DONALD | | 🐾 |
| ✏ 🗑 | ☑ | 07/28/2014 | Notice | | Other Notice | "OF CONFLICT AND MOTIONS FOR | WILLIAMS, DONALD | | 🐾 |

| Date | Type | Description | CONSIDERATIONS* | | |
|---|---|---|---|---|---|
| 07/28/2014 | Order | ORD-MISCELLANEOUS ORDER-OR999 | 7/24 NOTICE IS ACKNOWLEDGED; ROA IS CORRECT AND COMPLETE | | |
| 07/24/2014 | Notice | Other Notice | RE: ROA; MAILBOX 7/21 | WILLIAMS, DONALD | |
| 07/21/2014 | Order | Order Grant EOT for Pro Se Anders Brief | | | |
| 07/21/2014 | Motion | Mot. for Extension of time to file Initial Brief | FILE RESPONSE PER ANDERS ORDER;MAILBOX 7/17 | WILLIAMS, DONALD | |
| 07/09/2014 | Notice | Notice of Filing No Answer Brief | | SQUIRE, DOUGLAS | State of Florida |
| 06/24/2014 | Order | ORD-ANDERS ORDER | | | |
| 06/23/2014 | Motion | Motion To Withdraw as Counsel | RE: ANDERS | REEVES, ANNE MOORMAN | DONALD OTIS WILLIAMS |
| 06/23/2014 | Brief | Initial Brief on Merits | ANDERS BRIEF | REEVES, ANNE MOORMAN | DONALD OTIS WILLIAMS |
| 06/20/2014 | Notice | Other Notice | AGREED XOT TO FILE INITIAL BRIEF TO 7/21/14 | REEVES, ANNE MOORMAN | DONALD OTIS WILLIAMS |
| 06/17/2014 | Brief | Supplemental Records | 1 VOL - E-FILED "HYPER" (55 PAGES) | | |
| 05/27/2014 | Response | Response | PER 5/12 ORDER | WILLIAMS, DONALD | |
| 05/15/2014 | Order | Grant Motion to Supplement Record | | | |
| 05/14/2014 | Motion | Motion To File Supplemental Record | | REEVES, ANNE MOORMAN | DONALD OTIS WILLIAMS |
| 05/13/2014 | Order | ORD-AMENDED ORDER | W/IN 10 DAYS; AA SHALL ADVISE IF HE RECEIVED THE DOCUMENTS... | | |
| 05/13/2014 | Event | COMMENT | RETURNED MAIL; RESENT 5/5 ORDER | | |
| 05/05/2014 | Order | ORD-MISCELLANEOUS ORDER-OR999 | W/IN 10 DAYS; AA SHALL ADVISE IF DOCUMENTS WERE RECEIVED... | | |
| 05/05/2014 | Event | Miscellaneous Docket Entry | *SECOND NOTICE TO COURT*;MAILBOX 5/1;PS Donald O. Williams | | |
| 04/14/2014 | Response | Response | PER 4/14 ORDER | REEVES, ANNE MOORMAN | DONALD OTIS WILLIAMS |
| 04/14/2014 | Order | ORD-TO FILE RESPONSE | W/IN 20 DAYS; COUNSEL SHALL RESPOND TO PRO SE'S 4/10 NOTICE TO THE COURT | | |
| 04/10/2014 | Event | Miscellaneous Docket Entry | *NOTICE TO COURT*;MAILBOX 4/7;PS Donald O. Williams | | |
| 03/17/2014 | Notice | Other Notice | AGREED EOT TO FILE INIT BRF TO 5/16 | REEVES, ANNE MOORMAN | Donald Otis Williams |
| 02/13/2014 | Brief | Received Records | CORRECTED RECORD 5 VOL - E-FILED (1041 PAGES) | | |
| 02/12/2014 | Order | ORD-Discharge Show Cause | 3/14 ROA DUE | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ✏ 🗑 ☑ | 02/12/2014 | Brief | | Received Records | 5 VOL - E-FILED (1041 PAGES) | | | 🐾 |
| ✏ 🗑 | 02/11/2014 | Response | | Response | PER 2/10 ORDER | Public Defender, Lake County | DONALD OTIS WILLIAMS | 🐾 |
| ✏ 🗑 ☑ | 02/10/2014 | Order | | SHOW CAUSE-LACK O/PROSECUT ROA | W/IN 10 DAYS; AA SHOW CAUSE WHY NO ROA; DISCHARGED PER 2/12 ORDER | | | 🐾 |
| ✏ 🗑 | 12/16/2013 | Order | | LT CRT ORD O/INDG & APP O/CNSL | | | DONALD O. WILLIAMS | 🐾 |
| ✏ 🗑 | 12/16/2013 | Letter | | Acknowledgement Letter 1 | | | | 🐾 |
| ✏ 🗑 ☑ | 12/16/2013 | Notice | | Notice of Appeal Filed | FILED BELOW 12/12/13 | GROSSENBACHER, WILLIAM | DONALD O. WILLIAMS | 🐾 |
| | | | | | | Add | | |

eMail Docket to: [                    ] [Send]

EXHIBIT- 2

IN THE CIRCUIT COURT OF THE FIFTH JUDICIAL CIRCUIT,
IN AND FOR LAKE COUNTY, FLORIDA

STATE OF FLORIDA                              CASE NO. 2000-CF-2130

v.

DONALD O. WILLIAMS,
   Defendant

_____/

## ORDER AUTHORIZING PRO SE POST MOTIONS FOR POST CONVICTION RELIEF

THIS CAUSE came before the Court on the Defendant's request, dated March 13, 2015, to file pro se motions for post conviction relief and the Court, having considered the Defendant's request, ORDERS AND ADJUDGES that the Defendant is authorized to file good faith pro se motions for post conviction relief in this case.

DONE AND ORDERED in Tavares, Lake County, Florida, this 25th day of March, 2015.

MARK A. NACKE,
CIRCUIT JUDGE

Copies to: AS 3/26/15

Donald O. Williams U13479
Florida State Prison
7819 N.W. 228th Street
Raiford, Florida 32026

State Attorney's Office
Tavares, Florida



EXHIBIT - 3

IBSR140 (74)

FLORIDA DEPARTMENT OF CORRECTIONS
TRUST FUND ACCOUNT STATEMENT
FACILITY: 205 - FLORIDA STATE PRISON
FOR: 04/01/2016 - 04/30/2016

05/02/16
06:29:17
PAGE 592

ACCT NAME: WILLIAMS, DONALD O.
BED: G2215S
PO BOX:

ACCT#: U13479
TYPE: INMATE TRUST

| POSTED DATE | NBR | TYPE | REFERENCE NUMBER | FAC | REMITTER/PAYEE | +/- | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| | | | | | BEGINNING BALANCE 04/01/16 | | | $342.35 |
| 04/04/16 | 141 | PROCESSING FEE | WEEKLY DRAW | 000 | | - | $0.23 | $342.12 |
| 04/05/16 | 035 | CANTEEN SALES | 2052016040404 | 000 | | - | $25.45 | $316.67 |
| 04/11/16 | 141 | PROCESSING FEE | WEEKLY DRAW | 000 | | - | $0.25 | $316.42 |
| 04/12/16 | 035 | CANTEEN SALES | 2052016041111 | 000 | | - | $19.54 | $296.88 |
| 04/13/16 | 035 | CANTEEN SALES | 2052016041412 | 000 | | - | $0.04 | $296.84 |
| 04/18/16 | 139 | PROCESSING FEE | WEEKLY DRAW | 000 | | - | $0.19 | $297.03 |
| 04/19/16 | 035 | CANTEEN SALES | 2052016041811 | 000 | | ( | $0.15 | $296.84 |
| 04/25/16 | 139 | PROCESSING FEE | WEEKLY DRAW | 000 | | - | $17.88 | $278.96 |
| 04/26/16 | 035 | CANTEEN SALES | 2052016040425 | 000 | | - | $0.18 | $278.78 |
| | | | | | | - | $17.92 | $260.86 |
| | | | | | ENDING BALANCE 04/30/16 | | | $260.86 |

---

Confinement Receipt
FSP-1-FL State Prison #1 DRow/CM
Operator: FSP001/TSG - Ms. Rhynehardt
Inmate: U13479/WILLIAMS, DONALD O.
05/16/2016 09:22
Receipt #: 90478765
Begin Canteen Balance: 100.00

| Item | Qty | Unit | Prc | $ Tax |
|---|---|---|---|---|
| 56072 .01 Postage Stamp | | | | |
| | 40 | EA | 0.01 | 0.40 N |
| 56384 Replacement Ear Pads | | | | |
| | 1 | EA | 0.36 | 0.36 Y |
| 54010 Coffee, Instant, Billy Brew | | | | |
| | 1 | EA | 5.49 | 5.49 N |
| 54090 Sugar Substitute EQUAL | | | | |
| | 20 | EA | 0.02 | 0.40 N |
| 52950 Mayonnaise, Indv, PIKNIK, 9gm | | | | |
| | 10 | EA | 0.05 | 0.50 N |
| 52796 Spicy Veg, Top Ramen Pouch | | | | |
| | 2 | EA | 0.69 | 1.38 N |
| 55345 P/B Cookies Tray 5 oz | | | | |
| | 1 | EA | 0.86 | 0.86 N |
| 55239 Choc. Chip Cookies Tray 5 oz | | | | |
| | 2 | EA | 0.86 | 1.72 N |
| 55016 Flamin' Hot Cheetos | | | | |
| | 1 | EA | 0.77 | 0.77 N |
| 51207 Soap IVORY 3.1 oz | | | | |
| | 3 | EA | 0.57 | 0.57 Y |

Sub-Total     12.45
Sales Tax      0.07
Total     12.52

Remain Canteen Balance     87.48