UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**DONALD OTIS WILLIAMS,**

    Petitioner,

v.                                         **Case No: 5:16-cv-357-Oc-10PRL**

**SECRETARY, DEPARTMENT OF CORRECTIONS and FLORIDA ATTORNEY GENERAL**

    Respondents.

## ORDER

Petitioner, proceeding *pro se,* initiated this case by filing a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 and has subsequently filed an Amended Petition.  See Docs. 1, 2.  Petitioner now moves to allow him to proceed with his case.  (Doc. 8).  On June 30, 2016, the Court directed a response from the Government.  (Doc. 9).  Accordingly, Petitioner's motion (Doc. 8) is **DENIED AS MOOT.**

    **IT IS SO ORDERED.**

    **DONE AND ORDERED** at Ocala, Florida, this 8th day of July 2016.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies to: Pro Se Parties, Counsel of Record