FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

2016 JUL 11 PM 12:04

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL

DONALD OTIS WILLIAMS,
        Petitioner,

vs                                          Case Number: 5:16-cv-357-Oc-10PRL

SECRETARY, DEPARTMENT
OF CORRECTIONS AND FLORIDA
ATTORNEY GENERAL,
        Respondents.            /

LEGAL MAIL
PROVIDED TO
FLORIDA STATE PRISON
DATE 7.7.16 FOR MAILING.
INMATES INITIALS _____

## NOTICE TO THE COURT
## AND REQUEST FOR SUPPLEMENTAL DIRECTIVE

NOTICE is hereby given that Petitioner acknowledges receipt of the Honorable Court's Order dated June 30, 2016 (Doc 9).

Petitioner respectfully requests the Court to specifically instruct Respondents to provide Petitioner with a copy of each and every document submitted to the Court including Respondents' Response to the Court's Order referenced above and every page of Respondents' listed exhibits within Respondents' appendix.

Whereas Petitioner moves the Honorable Court to grant Petitioner's respectfully submitted request to direct Respondents to provide Petitioner with a complete copy of their Response with exhibits in a timely manner as mandated by constitutional law and Rules Governing 2254 Cases.

## CERTIFICATE OF SERVICE

I hereby certify this instrument was sent by U.S. Mail on July 7, 2016 to this Court's Clerk and an exact copy of this instrument was sent by U.S. Mail to Respondents; Attorney General 444 Seabreeze Blvd., 5th Floor, Daytona Beach, Florida 32118

Respectfully submitted by Donald Otis Williams

## UNNOTARIZED OATH

Under penalties of perjury, I declare that I have read the foregoing motion and the facts stated in it are true.

Executed this 7th day of July, 2016.

/s/ Donald Otis Williams

Donald Otis Williams
FDOC ID # L13479
Florida State Prison
P.O. Box 800
Raiford, Florida. 32083

2