FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

2016 OCT 13 AM 11:03

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
OCALA FLORIDA

DONALD OTIS WILLIAMS,
  Petitioner,

vs                                     Case Number: 5:16-cv-357-Oc-10PRL

SECRETARY, DEPARTMENT OF
CORRECTIONS AND FLORIDA
ATTORNEY GENERAL,
  Respondents                     /

PETITIONER'S OBJECTION TO RESPONDENTS RESPONSE

   Petitioner objects to Respondents "Response to Petition" filed with the Honorable Court on September 30, 2016 due to, but not limiting the fact Respondents' Response is divested of the recordings required by Rule 5. USCS RULE. Petitioner moves the Honorable Court to consider the following

   1__ Respondents' Response refers to case number: 5:04-cv-427-Oc-10GRJ extensively (See Response PP 2-3) as well as case number: 5:11-cv-359-Oc-10PRL (See Response PP 3-4) is relied on very plentifully. Respondents deem the cases to be relevant.

   2__ Rule 5 specifically requires Respondents to furnish those portions of the records referenced in their Response to the Court and Petitioner. The referenced records must accompany the Response. See USCS RULE 5

   3__ Petitioner has provided notice to the Court numerous times that Marion County Florida Sheriff illegally confiscated Petitioner's documents including Respondents' exhibits regarding case number: 5:04-cv-427-Oc-10GRJ. When the Honorable Court ordered U.S. Marshals to escort Petitioner to Marion County Detention Center several days before the July 17, 2008

federal evidentiary hearing to be housed pending the hearing the documents and Respondents' exhibits regarding case number: 5:04-cv-427-Oc-10GRJ were confiscated by the booking officer. Petitioner pleaded with the Marion County Detention staff supervisor to allow Petitioner access to the legal documents taken when U.S. Marshals brought Petitioner to the detention center but was denied. After the evidentiary hearing when U.S. Marshals prepared to escort Petitioner back to incarceration Marion County Detention booking officer informed Petitioner the legal documents Petitioner brought to the detention center were "lost". This fact is supported by video recordings and numerous notices filed in respect to this matter. The loss of case records were not the fault of Petitioner, nevertheless the referenced recordings must accompany all responses.

Whereas Petitioner objects to Respondents' "Response to Petition" as being in non-compliance with federal law, and moves the Honorable Court to order Respondents to provide the records as Rule 5 and Rules Governing 2254 Cases mandate.

## CERTIFICATE OF SERVICE

I certify this instrument was sent by U.S. Mail on October 6, 2016 to United States District Court, 207 NW Second Street, Room 337, Ocala, Florida 34475-6666 and an exact copy sent by U.S. Mail on October 6, 2016 to Attorney General, 444 Seabreeze Blvd, Fifth Floor, Daytona Beach, Florida 32118.

## OATH

I declare, under the penalty of perjury the above statement is true and correct.

Respectfully submitted by Donald Otis Williams, U13479

Donald Otis Williams
Florida State Prison
P.O. Box 800
Raiford, Florida 32083

2