UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

DONALD OTIS WILLIAMS,
Petitioner,

vs.

Case Number: 5:16-cv-357-PRL

SECRETARY, DEPARTMENT OF
CORRECTIONS AND FLORIDA
ATTORNEY GENERAL,
Respondents.
_____/

LEGAL MAIL
PROVIDED TO JF
FLORIDA STATE PRISON
DATE 11-9-16 FOR MAILING.
INMATES INITIALS O.W.

FILED 2016 NOV 14 PM 1:03
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
OCALA FLORIDA

MOTION FOR AN EXTENSION OF TIME
TO REPLY TO RESPONDENTS' RESPONSE

COMES NOW Petitioner in the above-styled cause and moves the Honorable Court for an extension of time to reply to Respondents' Response due to newly acquired documents that require processing as well as recently obtained information from state entities of judiciary and witness statements that the Honorable Court will find extraordinarily unprecedented. To provide support for this respectfully submitted supplication Petitioner presents the following.

1. Petitioner pleads to the Honorable Court for twenty (20) days from the projected deadline date for Petitioner's Reply which is November 14, 2016 in order to provide the Court with Petitioner's reply to the Response filed by Respondents. Petitioner moves the Court to extend Petitioner's deadline to file Petitioner's Reply to and including December 5, 2016.

2_ Petitioner has never requested an extension of time in this cause with the Honorable Court before. Petitioner pleads to the Court to understand the newly acquired information and documents require processing which includes copying and re-formulating and preparing a completely reconditioned reply to Respondents' Response. Petitioner, unfortunately is restricted as to the ways and means as it relates to preparing a remodeled submittal to the Court. What would normally take one day to formulate, type, and copy a legal instrument for a free person takes Petitioner 3 weeks due to the numerous prohibitions imposed by this institution.

3_ Petitioner is in possession of transcripts and statements by legal professionals and representatives of the State of Florida and moreover admissions by Florida Attorney General, attorney of record for the Fifth District Court of Appeal of Florida[1] and perhaps more astounding the Fifth District Court of Appeal conceded, with the above, numerous clear and unmistakable anticonstitutionalities were unlawfully imposed and levied upon Petitioner. These plain legal errors, antipodal to the Constitution were exposed recently in <u>Donald Otis Williams vs. State of Florida, et al.</u>, Florida Supreme Court case number: SC16-990 acknowledged subsequently in <u>Donald Otis Williams vs State of Florida</u> case numbers: 5D16-2355 and 5D16-2358 due to the Florida Supreme Court directive dated July 12, 2016 respective of SC16-990 which generated the 5th DCA cases above-referenced. Petitioner will

---
1. Hereinafter 5th DCA

2

clearly and convincingly show the Honorable Court Respondents purposely engaged in sophistry and intentionally misled the Court in case number: 5:11-cv-359-Oc-WTH which the Court will agree following Petitioner's Reply to Respondents' Response the Court, upon reflection, decide the "unexhausted grounds, issues and subissues" were indeed exhausted by state courts rejecting Petitioner's fact-based claims in rulings contrary to the laws and rights of the Constitution. The Florida Supreme Court held in SC16-990 the state courts' rejections of Petitioner's submittals were intoxicatingly harmful and excruciatingly adverse to Petitioner's rights in respect to the 5th DCA May 4, 2016 rejections of Petitioner's constitutionally correct applications. Petitioner will show the unconstitutional rejections of Petitioner's submittals in April 2016 and May 2016 and June 2016 which the Florida Supreme Court condemned in July 2016 were mirrored by the 5th DCA's pertinent character trait in rejecting Petitioner's submittals in April 2010 and May 2010 and June 2010. These 5th DCA unlawful rejections in 2010 were presented to the Honorable Court in case number: 5:11-cv-359-Oc-WTH but by constructive misrepresentations Respondents misled the Court and persuaded the Court to view 2 unrelated actions in the state circuit court as being unexhausted when the very action Petitioner provided in the 5:11-cv-359 case was exhausted. Respondents in a repulsive scrambling of the actions twisted the Court in such a manner the Court took the word of Respondents in case 5:11-cv-359 which

3

produced a ruling that was intoxicatingly tragic to Petitioner. Nevertheless Petitioner now possesses material that will unravel the knots Respondents sold the Honorable Court.

4. The granting of this pleading will not prejudice Respondents and Respondents do not object to Petitioner's request for a 20 day extension of time to file Petitioner's Reply to Respondents' Response. In fact Respondents have conceded the improvidence of the 5th DCA in rejecting Petitioner's submittals was plain unmistakeable fundamental error albeit only when the Supreme Court of Florida called them out on the matter. Had Respondents been honest with the Honorable Court case number: 5:11-cv-359 would have resulted in a constitutionally correct decision, that would have resulted in the granting of the habeas application.

WHEREAS Petitioner respectfully moves the Honorable Court to grant Petitioner's motion for an extension of time to reply to Respondents' Response by allowing Petitioner to and until December 5, 2016 to file Petitioner's Reply.

Respectfully submitted by Donald Otis Williams

## CERTIFICATE OF SERVICE

Petitioner certifies this instrument was sent by U.S. Mail on November 9, 2016 to U.S. District Court, 207 NW Second Street, Rm 337, Ocala, Florida 34475 with an exact copy sent by U.S. Mail on November 9, 2016 to Attorney General, 444 Seabreeze Blvd., Fifth Floor, Daytona Beach, Florida 32118

## UNNOTARIZED OATH

Under penalties of perjury, I declare that I have read the foregoing motion and the facts stated in it are true.

Executed this 9th day of November, 2016.

/s/ Donald Otis Williams
Donald Otis Williams
U13479
Florida State Prison
P. O. Box 800
Raiford, Florida 32083

5