UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**DONALD OTIS WILLIAMS,**

    Petitioner,

v.                                                                               Case No: 5:16-cv-357-Oc-10PRL

**SECRETARY, DEPARTMENT OF
CORRECTIONS and FLORIDA
ATTORNEY GENERAL**

    Respondents.
_____

## ORDER

Plaintiff, proceeding *pro se,* initiated this case by filing a Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody. (Doc. 1). Pending before the Court now is Petitioner's Motion for Extension of Time (Doc. 15), wherein Petitioner is seeking an additional 21 days to reply to the Respondent's Response to Amended Petition (Doc. 12). Petitioner's motion is **GRANTED** to the extent that his Reply is due on or before **December 5, 2016**.

    **IT IS SO ORDERED.**

    **DONE AND ORDERED** at Ocala, Florida, this 28th day of November 2016.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies to: Pro Se Parties, Counsel of Record