UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

LEGAL MAIL
PROVIDED TO JT
FLORIDA STATE PRISON
DATE 11-28-16 FOR MAILING.
INMATES INITIALS DOW

DONALD OTIS WILLIAMS,
              Petitioner,

Vs                          Case No. 5:16-cv-357-Oc-PRL

SECRETARY, DEPARTMENT
OF CORRECTIONS AND
FLORIDA ATTORNEY GENERAL. el al.,
              Respondents.            /

2016 DEC -1  AM 10: 51
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
OCALA FLORIDA
FILED

## NOTICE TO THE COURT
## AND PRELIMINARY REPLY TO RESPONDENTS' RESPONSE

      Petitioner respectfully provides the Honorable Court
with notice of state court actions inherently pertinent and
concomitant to the instant, above-referenced cause which
the Honorable Court expects of Petitioner. Following the below
enumerated occurrences involving state court decisions
Petitioner will provide the Honorable Court with a
prepatory reply to Respondents' Response.

      In respect to state court actions that are collectively
reciprocal to Petitioner's habeas case Petitioner respectfully
presents the following to the Honorable Court.

      1— Petitioner's pleadings to the Honorable Court to
initiate this instant action was due to anticonstitutional
decisions by state appellate court, fifth district court of
appeal (5th DCA) which forced Petitioner to seek federal
review. [FN 1]

      2— Following the 5th DCA rejections of Petitioner's
pleadings [FN2] time and deadlines thereof forced Petitioner to
seek federal review. The Honorable Court realizes Petitioner is
only required to apply with the appellate court of the fifth

district to satisfy the mandate of exhausting claims in state court before applying with the Honorable Court. This instant case satisfied the exhaustion standards of Rules Governing Section 2254 Cases. Again time constraints commanded Petitioner to take immediate procedural maneuvers with the Honorable Court [FN 3]

3 — Petitioner, going far beyond clearly established procedural normalcy filed with the Florida Supreme Court a petition to invoke all writs jurisdiction which reflects an execution date of May 23, 2016. The Supreme Court of Florida assigned case number: SC16-990 to Petitioner's petition treating the petition as a mandamus application directed at the 5th DCA regarding the appellate court's rejections of Petitioner's pleadings with the 5th DCA in April 2016 and May 2016.

4 — On July 7, 2016  The Florida Supreme Court rendered a directive to Respondents which explained 5th DCA rejections of Petitioner's pleadings were anticonstitutional. [FN 4]

5 — On July 12, 2016 the 5th DCA, generated by Florida Supreme Court directive dated July 7, 2016 respective of case SC16-990 assigned two (2) cases regardful of Petitioner's previous pleadings [FN 5] which had been rejected by the 5th DCA unconstitutionally as afore stated. The 2 cases are Donald Otis Williams vs State of Florida, case number: 5D16-2355 and; Donald Otis Williams vs State of Florida, case number: 5D16-2358 both of which are active.

6 — On October 18, 2016 the 5th DCA assigned case number: 5D16-3553 to Petitioner's petition for all writs jurisdiction in respect to circuit court rejecting Petitioner's pleadings regarding April 9, 2010 arrest through and subsequent to June 4, 2010 judgment. [FN 6]

7. On October 26, 2016 Florida Supreme Court established case number: SC16-1940 in respect to Petitioner's petition to invoke all writs jurisdiction requesting the Florida Supreme Court to instruct the District Court of Appeal, Fifth District of Florida to accept Petitioner's filings previously rejected concerning Petitioner's April 9, 2010 charges through and including trial court June 4, 2010 judgment and beyond. [FN7]

8. On November 8, 2016 5th DCA rendered Order to Respondents to respond by December 27, 2016 respective of case number: 5D16-3553. [FN8]

9. On November 14, 2016 an order [FN9] was rendered for Respondent to respond within 20 days regarding 5D16-2358

10. On November 14, 2016 Florida Supreme Court issued "Acknowledgment of New Case" assigning case number: SC16-2043 in respect to Petitioner's pleading regarding 5th DCA Order dated October 25, 2016 in respect to case number: 5D16-2358. [FN10]

Whereas Petitioner provides this Notice to the Honorable Court as more in a respectful form than a comparable duty opposing an obligation. Petitioner did not file with the Court in an attempt to establish a federal habeas action with full knowledge or even a strand of aforethought that the Florida Supreme Court would, in a sense, reverse its view rendered in 2006 by admonishing the 5th DCA when Petitioner's First, Fifth, Sixth, Eighth and Fourteenth amendments were by intentional design willfully and illegally amputated. Simply put Petitioner is not clairvoyant and had no way of knowing case SC16-990 was going to metastasize into a kinetic wave of constitutional force that has resulted in a blistering pace of repetitive meritorious state court actions.

Petitioner prays the Honorable Court will forgive Petitioner with the belief the pleading for federal habeas action was initiated by Petitioner holding good cause and good intent.

Petitioner moves the Honorable Court to grant Petitioner's pleadings to issue the habeas writ pursuant. but not limited to constitutional violations the Honorable Court holds jurisdiction over. Petitioner will elaborate further in the Reply to Respondents' Response.

Petitioner further moves the Honorable Court to consider holding this instant action in abeyance in the event the Honorable Court decides not to review the totality of Petitioner's assertions until all state court procedures have been finalized. It would be far beyond the boundaries of tragedy to dismiss this action because of the constitutional significance of the claims and unequivocal manifest of injustice.

Respectfully submitted by Donald Otis Williams

## FOOTNOTES

[FN1] On May 4, 2016 the appellate court of the fifth district court of appeal of the state of Florida [5th DCA] informed Petitioner the court, pursuant to the court's order dated August 18, 2006 respective of Williams v. State, case number: 5DO5-4254 would not accept any pro se pleadings from Petitioner. See Exhibit-A. The 5th DCA rejection order of May 4, 2016 effectively amputated; Petitioner's right to redress of grievances, right of due process, the panoply of rights of the Sixth Amendment, the right to be secure from cruel and unusual punishment, and to hold the right to be protected from abridgment by state courts' anticonstitutional actions and not be divested of the right to be treated equally. The 5th DCA

Order dated May 4, 2016 was received by Petitioner on May 18, 2016 (Envelope postmark dated May 13. 2016) which is a significant date respective of Petitioner's initial contact with the Honorable Court regarding this habeas case. The Honorable Court should be cognizant of the 5th DCA order rejecting Petitioner's pleadings because in 2010 the identical unlawful treatment of Petitioner was executed by the 5th DCA which forced Petitioner to seek redress with the Honorable Court in case number: 5:11-cv-359-Oc-WTH-PRL. Petitioner will expand on the subject matter below demonstrating reasons why the Honorable Court should revisit the previous federal actions.

[FN 2] As unequivocally supported below by Florida Supreme Court directive dated July 7, 2016 (Exhibit-B) and followed by numerous admissions by Respondents including 5th DCA counsel of record Sharon M. Serra conceding rejections of Petitioner's pleadings were unlawfully imposed. Respondents' responses were pursuant to Florida Supreme Court order. In further concomitant concessions the 5DCA in case numbers: 5D16-2355 and 5D16-2358 admitted the rejections of Petitioner's constitutional rights by the 5th DCA were unlawfully committed by the 5th DCA from a created product of the 5th DCA which resulted in the exacerbated impetus that proved intoxicatingly tragic for Petitioner

[FN 3] Noting Petitioner's submittals with state courts and state courts' responsive actions respective of dates Petitioner, due to 5th DCA unlawful rejections of pleadings from Petitioner, held no state procedural requirement beyond the 5th DCA whereby immediate petition with the Honorable Court was necessary. In clear

terms of federal law Petitioner had satisfied exhaustion standard of state court review. The illegal and willful anticonstitutional rejections of Petitioner's pleading by the 5th DCA were not the fault of Petitioner whereas the Honorable Court, Petitioner vehemently prays, considers the product of error rests solely on the 5th DCA not Petitioner especially since Respondents and appellate court have admitted clear unmistakeable errors occurred by the 5th DCA's wrongful acts.

[FN 4] See Exhibit - B

[FN 5] Appeal of Florida Rules of Criminal Procedure (F.Cr.P) Rule 3.850 motion filed with the circuit court of the fifth judicial circuit in and for Lake County, Florida was denied on the date of March 30, 2016. The denial of Petitioner's Rule 3.850 pleadings was ultimately, albeit extremely reluctantly accepted in the 5th DCA and assigned case number: 5D16-2355 and is presently active. The second case 5D16-2358 is a Florida Rules of Appellate Procedure Rule 9.141 (d) petition for writ of habeas corpus "asserting ineffective assistance of appellate counsel. Currently the 5th DCA is waiting for Respondents to adhere to the court's "Order to Respond" within 20 days of the dated Order which is November 14, 2016. See Exhibit - C

[FN 6] Exhibit - D

[FN 7] Exhibit - E

[FN 8] Exhibit - F

[FN 9] Exhibit - C

[FN 10] Exhibit - G

## CERTIFICATE OF SERVICE

I hereby certify this instrument was sent by U.S. Mail on November 28, 2016 to United States District Court, 207 N.W. Second Street, Room 337, Ocala Florida 34475-6666 with an exact copy sent by U.S. Mail on November 28, 2016 to Attorney General of Florida, 444 Seabreeze Blvd., Fifth Floor, Daytona Beach, Florida 32118

## OATH

Under the penalties of perjury Petitioner declares the above statement is true and correct.

Sworn to and respectfully submitted by Donald O. Williams
413479
Florida State Prison
P.O. Box 800
Raiford, Fl. 32083

7

# APPENDIX

Document                                                      Exhibit

5th DCA Rejection Notice Dated May 4, 2016 . . . . . A

Florida Supreme Court Directive Dated July 7, 2016 . . . . B

5th DCA Order Dated November 14, 2016 . . . . . . . . C

5th DCA Acknowledgment of New Case 5D16-3553 . . . D

Florida Supreme Court Acknowledgment of New Case SC16-1940 . . E

5th DCA Order Dated November 08, 2016 . . . . . . . . F

Florida Supreme Court Acknowledgment of New Case SC16-2043 . G


## CERTIFICATE OF AUTHENTICITY

Petitioner certifies the above-referenced documents are exact copies of renditions of entities of the State of Florida provided to Petitioner by the judicial entities' clerks.


Respectfully Provided by    Donald Otis Williams U13479
                            Florida State Prison
                            P.O. Box 800
                            Raiford, Florida 32083

EXHIBIT-A



C. ALAN LAWSON
CHIEF JUDGE

THOMAS D. SAWAYA
WILLIAM D. PALMER
RICHARD B. ORFINGER
VINCENT G. TORPY, JR
KERRY I. EVANDER
JAY P. COHEN
WENDY W. BERGER
F. RAND WALLIS
BRIAN D. LAMBERT
JAMES A. EDWARDS
JUDGES

**DISTRICT COURT OF APPEAL**
FIFTH DISTRICT
300 SOUTH BEACH STREET
DAYTONA BEACH, FLORIDA 32114
(386) 947-1500   COURT
(386) 255-8600   CLERK

JOANNE P. SIMMONS
CLERK

CHARLES R. CRAWFORD
MARSHAL

May 4, 2016

Donald Otis Williams
Florida State Prison
7819 N.W. 228th Street
Raiford, FL 32026

Re:  Notice of Appeal

Dear Mr. Williams:

Regarding your Notice of Appeal received April 29, 2016, this Court has precluded you from filing any pro-se pleadings.  Please see the attached case law.  Any pleadings filed by you are to be rejected by the clerk, unless reviewed and signed by an attorney licensed to practice in the State of Florida.  Therefore, a new case will not be established on your behalf.

Sincerely,

Sheila N. Stanbro
Chief Deputy Clerk

Sns
Enclosure

EXHIBIT B

# Supreme Court of Florida

### THURSDAY, JULY 7, 2016

**CASE NO.: SC16-990**
Lower Tribunal No(s).:
5D13-4404;
352000CF002130AXXXXX

DONALD OTIS WILLIAMS          vs.          STATE OF FLORIDA

Petitioner(s)                                    Respondent(s)

Petitioner has filed a petition to invoke this Court's all writs jurisdiction that the Court has treated as a petition for writ of mandamus. Respondent is requested to file a response to the above-referenced petition. Further, because this Court has determined that it would be helpful to the resolution of this case to have the benefit of a response from the lower tribunal, the Fifth District Court of Appeal is requested to file a response as well. See Fla. R. App. P. 9.100(e)(3). The responses shall be filed on or before July 22, 2016. The responses shall address whether the District Court has the authority to bar petitioner's appeal of right from the denial of his postconviction motion and whether the barring order can apply to a violation of probation proceeding which is distinct from the underlying conviction. The petitioner may file his reply on or before August 1, 2016.

A True Copy
Test:



John A. Tomasino
Clerk, Supreme Court

ca
Served:
WESLEY HAROLD HEIDT
DONALD OTIS WILLIAMS
HON JOANNE P. SIMMONS, CLERK

EXHIBIT-C

IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

DONALD OTIS WILLIAMS,

        Petitioner,

v.                                  CASE NO.  5D16-2358

STATE OF FLORIDA,

        Respondent.
_____/

DATE:  November 14, 2016

**BY ORDER OF THE COURT:**

        Upon consideration of the Amended Petition filed November 10, 2016, it is

        ORDERED that Petitioner's "Emergency Motion to Withdraw....," filed November 7, 2016, is denied as moot.  Further, it is

        ORDERED that Respondent in the above-styled cause shall, within twenty days of the date hereof, file a response to the Amended Petition for Ineffective Assistance of Counsel, filed November 10, 2016.  Additionally, it is

        ORDERED that Petitioner is granted ten days from service of the Response ordered herein to file a Reply thereto.

*I hereby certify that the foregoing is*
*(a true copy of) the original Court order.*

*Joanne P. Simmons*
JOANNE P. SIMMONS, CLERK

cc:

Office of Attorney General    Donald Otis Williams

EXHIBIT - D



District Court of Appeal
Fifth District
300 South Beach Street
Daytona Beach, Florida 32114
(386) 255-8600

## ACKNOWLEDGMENT OF NEW CASE

DATE:        October 18, 2016

STYLE:       DONALD OTIS WILLIAMS        v.  STATE OF FLORIDA

5DCA#:       **5D16-3553**

The Fifth District Court of Appeal has received the Petition reflecting a filing date of 10/18/16.

The county of origin is Lake.

The lower tribunal case number provided is 2000-CF-2130.

The filing fee is Billed - $300.

Case Type:  Mandamus    Criminal

The Fifth District Court of Appeal's case number must be utilized on all pleadings and correspondence filed in this cause.  Moreover, ALL PLEADINGS SIGNED BY AN ATTORNEY MUST INCLUDE THE ATTORNEY'S FLORIDA BAR NUMBER.

Please review and comply with any handouts enclosed with this acknowledgment.

cc:    Hon. Mark Anthony Nacke        Office Of Attorney General        Donald Otis Williams

EXHIBIT - E



E

# Supreme Court of Florida

### Office of the Clerk
### 500 South Duval Street
### Tallahassee, Florida 32399-1927

JOHN A. TOMASINO
    CLERK
MARK CLAYTON
    CHIEF DEPUTY CLERK
KRISTINA SAMUELS
    STAFF ATTORNEY

PHONE NUMBER: (850) 488-0125
www.floridasupremecourt.org

## ACKNOWLEDGMENT OF NEW CASE

### October 26, 2016

RE:   DONALD OTIS WILLIAMS   vs.    STATE OF FLORIDA

CASE NUMBER:  SC16-1940
Lower Tribunal Case Number(s):  5D05-4254; 352000CF002130AXXXXX

The Florida Supreme Court has received the following documents reflecting a filing date of 10/18/2016.

Petition to Invoke All Writs Jurisdiction
Amended Petition to Invoke All Writs Jurisdiction (Received 10/20/2016)

The Florida Supreme Court's case number must be utilized on all pleadings and correspondence filed in this cause.

tr
cc:
WESLEY HAROLD HEIDT
DONALD OTIS WILLIAMS
HON. JOANNE P. SIMMONS, CLERK

EXHIBIT·F

# IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FIFTH DISTRICT

DONALD OTIS WILLIAMS,

      Petitioner,

v.

STATE OF FLORIDA,

      Respondent.

_____/

CASE NO.  5D16-3553

DATE:  November 08, 2016

## BY ORDER OF THE COURT:

Upon consideration that a response is required in this case, it is

ORDERED that a response be served on or before December 27, 2016.  As provided in Florida Rule of Appellate Procedure 9.100(e)(2), in addition to the Respondent named in the caption, the lower court is also a party to the petition, and a Respondent.  *See id.* ("The judge or the lower tribunal is a formal party to the petition for mandamus or prohibition and must be named as such in the body of the petition (but not in the caption).").  As required by rule, both the Respondent named in the caption and the lower court are served with this order.  *Id.* ("The petition must be served on all parties, including any judge or lower tribunal who is a formal party to the petition.").  Because the information needed to respond will necessarily originate from the lower tribunal, the judge currently presiding over the case or division is requested to either provide the response to this court directly, or promptly confer with the other Respondent in order to facilitate and assure a timely response.  A single response from either Respondent is sufficient.

*I hereby certify that the foregoing is*
*(a true copy of) the original Court order.*

*Jeanne P. Simmons*
JOANNE P. SIMMONS, CLERK

Panel: Judges Palmer, Wallis, and Edwards
cc:

Office of Attorney General    Donald Otis Williams    Hon. Mark Anthony Nacke
                                                          (Petition found on edca)

EXHIBIT-G



# Supreme Court of Florida

Office of the Clerk
500 South Duval Street
Tallahassee, Florida 32399-1927

JOHN A. TOMASINO
CLERK
MARK CLAYTON
CHIEF DEPUTY CLERK
KRISTINA SAMUELS
STAFF ATTORNEY

PHONE NUMBER: (850) 488-0125
www.floridasupremecourt.org

## ACKNOWLEDGMENT OF NEW CASE

November 14, 2016

RE:   DONALD OTIS WILLIAMS   vs.   STATE OF FLORIDA

CASE NUMBER:  SC16-2043
Lower Tribunal Case Number(s):  5D16-2358; 352000CF002130AXXXXX

The Florida Supreme Court has received the following documents reflecting a filing date of 11/8/2016.

Request to the Clerk
Petition to Invoke All Writs Jurisdiction

The Florida Supreme Court's case number must be utilized on all pleadings and correspondence filed in this cause.

tr
cc:
WESLEY HAROLD HEIDT
DONALD OTIS WILLIAMS
HON. JOANNE P. SIMMONS, CLERK