UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

FILED

2016 DEC -7 AM 10: 24

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
OCALA FLORIDA

DONALD OTIS WILLIAMS,
Petitioner,

v

Case Number: 5:16-cv-357-Oc-WTH-PRL

LEGAL MAIL
PROVIDED TO JC
FLORIDA STATE PRISON
DATE 12-5-16 FOR MAILING.
INMATES INITIALS DW

SECRETARY, DEPARTMENT OF
CORRECTIONS AND FLORIDA
ATTORNEY GENERAL, et al.,
Respondents.
_____/

## NOTICE TO THE COURT

Petitioner respectfully provides to the Honorable Court the following:

Petitioner's Reply to Respondents' Response accompanying this Notice is divested of the following Exhibits due to copying errors which Petitioner held no control over.

The Exhibits missing from Petitioner's Reply are as listed below.

| Document | Exhibit |
|---|---|
| Transcript Excerpt (pp 1,2,16,17) of Proceeding Dated August 2, 2013 | I |
| Online Acquired Information Regarding Frontal Lobe Epilepsy | S13 |
| Online Acquired Information Regarding Misprescribing Drugs | S14 |
| November 4, 2013 Proceeding Transcript (Excerpt pp. 1,2,15,16,17,18) | T1 |
| November 21 2013 Proceeding Transcript (Excerpt pp 1,2,3,4,5,6,7,8,9,10,11,12,13) | T2 |

Petitioner gives notice the above exhibits will be sent to the Honorable Court and Respondents as quickly as possible

## UNNOTARIZED OATH

Under penalties of perjury, I declare that I have read the foregoing motion and the facts stated in it are true.

Executed this 5th day of December, 2016.

/s/ Donald Otis Williams

## CERTIFICATE OF SERVICE

I hereby certify this instrument was sent by U.S. Mail on December 5, 2016 to the United States District Court, 207 NW Second Street, Room 337, Ocala, Florida 34475-6666 with an exact copy sent on December 5, 2016 by U.S. Mail to Florida Attorney General, 444 Seabreeze Blvd., Fifth Floor, Daytona Beach, Florida 32118

Respectfully submitted by Donald Otis Williams, LI3479
Florida State Prison
P.O. Box 800
Raiford, Florida 32083

2