UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

FILED
2016 DEC -8 AM 9:49

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
OCALA FLORIDA

**DONALD OTIS WILLIAMS,**
   Petitioner,
V.

Case Number: 5:16-cv-357-Oc-PRL

**SECRETARY, DEPARTMENT,**
**OF CORRECTIONS AND**
**FLORIDA ATTORNEY GENERAL,**
   Respondents.
_____/

LEGAL MAIL
PROVIDED TO
FLORIDA STATE PRISON
DATE 12-5-16 FOR MAILING.
INMATES INITIALS DOW

## ADDENDUM TO THE

## PETITION   FOR WRIT OF HABEAS CORPUS

Petitioner comes before the honorable Court in the above styled cause and respectfully submits grounds, claims, issues, sub-issues and arguments submitted to the State trial court which were denied whereas the result thereof directly created the above referenced cause in this Court. With leave of Court assumed acceptable Petitioner presents the following:

1. The Court has designated Petitioner's cause to proceed under Rule 3.05. Petitioner is in complete compliance.

2. Petitioner submitted his Petition pursuant to 28 U.S.C. § 2254 in a timely manner despite Respondents not adhering to constitutional law inter alia and trial court not enforcing its own order directed at Respondents and Lake County, Florida Sheriff.

3. Petitioner has until February 10, 2017 before the standard 2(two) year deadline to file for relief regarding other collateral claims with the trial court expires pursuant to Florida Rules of Criminal Procedure 3.850, however unless trial court orders companion case transcripts to be introduced into the case inter alia depositions, statements made under obvious penalty of perjury, mental health experts reports, medical records, etc. Petitioner pleaded for before, during and after the violation of probation (VOP) proceedings Petitioner does not foresee additional pleadings with trial court which would be an enormous tragedy.

4. Petitioner listed 4 grounds (The maximum allowed in the petition form) in the Petition. They are:

(a) Petitioner was denied counsel at sentencing hearing [FN 1]

(b) Trial court forced Petitioner to represent himself during VOP proceedings [FN 2]

(c) Petitioner was denied due process during VOP proceedings [FN 3}

(d) Prosecutorial misconduct in failure to provide address and phone number of extremely critical exculpatory witness and: but not limiting discovery violations clearly apparent in proceeding transcript [FN 4]

5. Petitioner at this time moves the Honorable Court to grant Petitioner permission to supplement the Petition with claims presented and denied in the State courts directly attached to Petitioner's cause. The arguments include ineffective

assistance of appellate counsel, as well as Petitioner's claims presented to trial court before and during VOP proceeding notwithstanding Rule 3.850 motions and related pleadings.

6. Petitioner furthermore moves the Honorable Court to allow Petitioner adequate time to prepare and present a brief descriptively outlining each ground and claim accordingly which would be beneficial to the Court.

7. Petitioner at this time provides the Court with exhibits referenced in the case's petition.

## APPENDIX

| Document | Exhibit |
|---|---|
| 5th DCA Correspondence Dated May 4, 2016 ………………….. | A |
| Public Defender Correspondence Dated 9/25/2001 ………………….. | B |
| Lake County Florida Detention Center Medical Records ……………. | C |
| Petitioner's State Circuit Court Notice to the Court And Motion for Appointment of Counsel Dated June 2, 2016 …….. | D |
| Online Acquired Medical Information of Doxepin & Depakote …….. | E |

## CERTIFICATE OF AUTHENTICITY

I hereby certify the above documents are exact copies of document provided to Petitioner by referenced Parties.

## CERTIFICATE OF SERVICE

I certify this instrument and an exact copy was sent by U.S. mail to this Court's Clerk and Respondent's counsel at 444 Seabreeze Blvd., 5th Floor, Daytona Beach, Florida 32118 on December 5, 2016.

I declare under penalty of perjury the foregoing statement is true and correct.

Executed on this 5th day of December 2016.

Respectfully submitted by          /s/ Donald Otis Williams
                                   Donald O. Williams, DC# U13479
                                   Florida State Prison
                                   P.O. Box 800
                                   Raiford, FL 32083

## FOOTNOTES

[FN 1] Hays v. State, 63 So.3d 887 (Fla. 5th DCA 2011)

[FN 2] Sanchez v. Mondragon, 858 F.2d 1462, 1465-66 (C.A. 10 N.M. 1988)

[FN 3] Circuit Court Record

[FN 4] Circuit Court Record

## CERTIFICATE OF SERVICE

*I HEREBY CERTIFY*, that I placed this document in the hands of prison officials at Florida State Prison.

for mailing via U.S. Mail to: <u>United States District Court, 207 NW</u>
PARTIES SERVED

<u>Second Street, Room 337, Ocala, Florida 34475-6666; Florida</u>

<u>Attorney General, 444 Seabreeze Blvd, Fifth Floor, Daytona Beach,</u>

<u>Florida 32118</u>

on this <u>5th</u> day of <u>December</u>, 20<u>16</u>
    DAY           MONTH        YR.

/S/ <u>Donald Otis Williams</u>
     Donald Otis Williams
DC# <u>U13479</u>
Florida State Prison
P.O. Box 800
Raiford, FL 32083