UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

DONALD OTIS WILLIAMS,

      Petitioner,

v.                                                              Case No. 5:16-cv-357-WFJ-PRL

SECRETARY, DEPARTMENT OF
CORRECTIONS, et al.,

      Respondents.
_____/

## MOTION TO WITHDRAW AND NOTICE OF SUBSTITUTION OF COUNSEL

COME NOW, Respondents, Secretary, Department of Corrections, et al., by and through undersigned counsel, and hereby respectfully request this Court for an order granting substitution of counsel, and in support thereof, state as follows:

1. Assistant Attorney General Douglas T. Squire is currently counsel of record in the above cause of action.

2. Mr. Squire's last day with the Office of the Attorney General, State of Florida, is April 30, 2025.

3. Assistant Attorney General Rebecca McGuigan will be proceeding as counsel in the above cause of action, and all future papers, pleadings and documents should be served on counsel at the address below.

WHEREFORE, Respondents, Secretary, Department of Corrections, et. al., hereby request this Court to grant the motion to withdraw and substitution of counsel in the above cause of action, and for all other proper and just relief.

Respectfully submitted,

JAMES UTHMEIER
ATTORNEY GENERAL

/s/Douglas T. Squire
DOUGLAS T. SQUIRE
ASSISTANT ATTORNEY GENERAL
Florida Bar #0088730
444 Seabreeze Blvd., 5th Floor
Daytona Beach, FL 32118
(386)238-4990/fax (386)238-4997
crimappdab@myfloridalegal.com

/s/ Rebecca Rock McGuigan
REBECCA ROCK MCGUIGAN
ASSISTANT ATTORNEY GENERAL
Florida Bar #05687590
444 Seabreeze Blvd.,5th Floor
Daytona Beach, FL 32118
(386) 238-4990/fax 238-4997
crimappdab@myfloridalegal.com
rebecca.mcguigan@myfloridalegal.com

COUNSEL FOR RESPONDENTS

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 15, 2025, I electronically filed the foregoing Motion to Withdraw and Notice of Substitution of Counsel with the Clerk of the Court by using the CM/ECF system and a copy has been furnished via U.S. mail to Pro Se Petitioner, Donald O. Williams, #U13479, Union Correctional Institution, P.O. Box 1000, Raiford, Florida, 32083.

/s/ Douglas T. Squire

DOUGLAS T. SQUIRE
ASSISTANT ATTORNEY GENERAL

/s/ Rebecca Rock McGuigan
REBECCA ROCK MCGUIGAN
ASSISTANT ATTORNEY GENERAL