UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

DONALD OTIS WILLIAMS,

    Petitioner,

v.                         Case No. 5:16-cv-357-WFJ-PRL

SECRETARY, DEPARTMENT OF
CORRECTIONS, et al.,

    Respondents.
_____/

NOTICE OF LEAD COUNSEL DESIGNATION

The undersigned counsel hereby provides notice of lead counsel designation on behalf of Respondents.

Respectfully submitted.

JAMES UTHMEIER
ATTORNEY GENERAL

*/s/ Rebecca Rock McGuigan*
REBECCA ROCK MCGUIGAN
ASSISTANT ATTORNEY GENERAL

Florida Bar #0568759
444 Seabreeze Blvd.,5th Floor
Daytona Beach, FL 32118
(386) 238-4990/fax 238-4997
crimappdab@myfloridalegal.com
rebecca.mcguigan@myfloridalegal.com

COUNSEL FOR RESPONDENTS

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 16 ,2025 I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system and a copy has been furnished via U.S. mail to Pro Se Petitioner, Donald O. Williams, #U13479, Union Correctional Institution, P.O. Box 1000, Raiford, Florida 32083.