UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**DONALD OTIS WILLIAMS,**

    Petitioner,

v.                                       Case No: 5:16-cv-357-WFJ-PRL

**SECRETARY, DEPARTMENT OF CORRECTIONS and FLORIDA ATTORNEY GENERAL,**

    Respondents.
_____

**ORDER**

Pending before the Court is the motion seeking to substitute counsel, filed on April 15, 2025. (Doc. 24). Respondent seeks to substitute Rebecca Rock McGuigan, as counsel of record in place of Douglas Squire, will no longer be affiliated with Florida Attorney General, Secretary, Department of Corrections as of April 30, 2025.

Accordingly, it is **ORDERED**:

1.    Respondent's motion seeking to substitute counsel (Doc. 24) is **GRANTED**.

2.    The Clerk of Court is directed to remove Douglas Squire and to add Rebecca Rock McGuigan as counsel of record for Respondent.

**IT IS SO ORDERED.**

**DONE AND ORDERED** at Ocala, Florida, this 24th day of April 2025.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies to: Pro Se Parties, Counsel of Record