IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

FILED - USCD - FLMD - OCA
MAY 30 2025 AM 11:27

DONALD OTIS WILLIAMS,
   Petitioner,

vs               Case Number: 5:16-cv-357-WFJ-PRL

SECRETARY, DEPARTMENT
OF CORRECTIONS, et al.,
   Respondent.
_____/

## MOTION FOR COURT ASSISTANCE

COMES NOW Petitioner in the above styled cause respectfully requesting this Honorable Court's assistance in providing Petitioner a copy of the Docket Report of the above referenced Court Case Record, and, a copy of the initial Petition of this case number referenced above. Support of this respectfully supplicated request is as follows:

## BACKGROUND

Following the initial filing of the Petition in case number: 5:16-cv-357-WFJ-PRL, Petitioner was ordered by the State Circuit Court in Lake County, Florida to appear in open court in Tavares,

Florida. Petitioner was moved by Lake County Sheriff on March 8, 2017 to Lake County Detention Center in Tavares, Florida where Petitioner was held in solitary confinement until January 9, 2018 when Petitioner was ordered to be taken back to Florida State Prison.

On January 9, 2018 Petitioner requested the legal instruments that accompanied Petitioner, including case number: 5:16-cv-357- that was brought with Petitioner from FSP on March 8, 2017. Lake County Florida Sheriff stated to Petitioner the legal instruments were lost, but returning the legal instruments to Petitioner when found. To this date of the Motion's Certificate of Service this case number: 5:16-cv-357-WFJ-PRL. has not been returned to Petitioner.

Whereas Petitioner respectfully requests this Honorable Court to Order the Court's Clerk to immediately copy and forward the Case Docket Report and the Petition to Petitioner, or, provide a cost with postage so the above requested legal instruments can be paid by Petitioner and sent to Petitioner by the Court.

Respectfully Petitioner provides the Court that this is the third request concerning this

issue.

## CERTIFICATE OF SERVICE

I hereby certify this instrument was sent by First Class U.S. Mail to Attorney General of Florida, 444 Seabreeze Blvd., Fifth Floor, Daytona Beach, Florida 32118 on May 27, 2025.

I hereby certify this instrument was sent by First Class U.S. Mail to United States District Court, Golden-Collum Memorial Federal Building, 207 N.W. Second Street, Ste. 337, Ocala, Florida 34475 on May 27, 2025.

## OATH

Under the penalty of perjury I swear the above stated information is true and correct.
Dated May 27, 2025
Signed Donald Otis Williams.

Respectfully submitted by Donald Otis Williams
FDOC # U13479
Union Correctional Inst.
P.O. Box 1000
Raiford, Florida 32083

Donald Otis Williams, DC#477??
Union Correctional Institution
P.O. Box 1000
Raiford, Florida 32083

SCREENED By USMS

United States District Court
Golden-Collum Memorial Federal Building
207 N.W. Second Street, Ste. 337
Ocala, Florida 34475

