UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**DONALD OTIS WILLIAMS,**

    Petitioner,

v.                                                                                                            Case No: 5:16-cv-357-WFJ-PRL

**SECRETARY, DEPARTMENT OF CORRECTIONS and FLORIDA ATTORNEY GENERAL,**

    Respondents.

_____

## ORDER

Pending before the Court now is Petitioner's Motion (Doc. 27) titled "Motion for Court Assistance," wherein Petitioner requests the Court to "order the Court's Clerk to immediately copy and forward the case docket report and the petition to Petitioner, or, provide a cost with postage so the above requested legal instruments can be paid by Petitioner and send to Petitioner by the Court." *Id*. at 2. Upon due consideration, Petitioner's Motion is **DENIED** to the extent that Petitioner is advised that the Amended Petition (Doc. 2) is 15 pages, the cost for copies is $0.50 per page, costing $7.50 per complete copy of the Amended Petition. The **Clerk** is directed to send Petitioner a courtesy copy of the docket sheet.

    **IT IS SO ORDERED.**

    **DONE AND ORDERED** at Ocala, Florida, this 9th day of June 2025.

                                                            PHILIP R. LAMMENS
                                                            United States Magistrate Judge

Copies to: Pro Se Party; Counsel of Record