UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**DONALD OTIS WILLIAMS,**

    **Petitioner,**

**v.**                                                                        Case No: 5:16-cv-357-WFJ-PRL

**SECRETARY, DEPARTMENT OF**
**CORRECTIONS and FLORIDA**
**ATTORNEY GENERAL,**

    **Respondents.**

## ORDER

Petitioner, proceeding *pro se,* initiated this case by filing a Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody and is proceeding on his Amended Petition. (Doc. 2). On September 30, 2016, Respondents filed a Response, noting that Petitioner had not yet exhausted his state court remedies. (Doc. 12). By Order dated December 19, 2016, this case was stayed pending the conclusion of Petitioner's state court proceedings. (Doc. 22). The parties were directed to immediately file a notice with the Court when the state court proceedings became final. *Id.* at 4. Petitioner has recently filed a Motion to Supplement (Doc. 29) and a supplement titled "Addendum to Petition" (Doc. 30).

Accordingly, it is hereby **ORDERED:**

1. Respondent shall file a Notice with the Court **within 10 days** of the date of this Order advising the Court as to the status of Petitioner's state court proceedings and whether this case should be reopened.

2. Respondent shall file a Response to Petitioner's Motion to Supplement (Doc. 29) **within 21 days** of date of this Order.

**IT IS SO ORDERED.**

**DONE AND ORDERED** at Ocala, Florida, this 10th day of October 2025.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies to: Pro Se Party, Counsel of Record