UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

DONALD OTIS WILLIAMS,

    Petitioner,

v.                                              Case No. 5:16-cv-357-WFJ-RPL

SECRETARY, DEPARTMENT OF
CORRECTIONS, et al.,
_____/

## STATUS REPORT

    COME NOW, Respondents, Attorney General, et al., through the undersigned counsel, pursuant to this Court's order rendered October 10, 2025, and file this status report.

    1.    Although Respondents requested dismissal of the petition filed in the instant cause on the grounds that it was premature and that all of William's claims were unexhausted, on December 19, 2016, this Court entered an order staying the proceeding and ordering the parties to file a notice with the court when the state proceedings became final.

    2.    A review of the state court proceedings has revealed that Williams's state habeas petition was granted regarding his challenged violation of probation judgment and sentence. The appellate court remanded the cause on March 24, 2017, for a *de novo* resentencing proceeding. Williams's judgment and sentence subject to the instant petition was vacated on July 13, 2017. However, Williams's resentencing was delayed until December 13, 2021, at which time the court resentenced Williams

solely to credit for time served and a new judgment and sentence was entered. Williams did not appeal and therefore his new judgment and sentence became final on January 12, 2022. While a petition for belated appeal was later filed on Williams's behalf, it was voluntarily dismissed on October 6, 2022. The last docket entry in any court regarding 2000-CF-2130 appears to be a Florida Supreme Court order dismissing Williams's petition for writ of mandamus on January 13, 2023.

3. It appears that because of the length of the delay and the significant amount of litigation brought by Williams, the case fell off previous counsel's periodic review calendar. Respondents cannot address why Williams also failed to notify this Court of the change in status of his state court proceedings. More than two and a half years passed after the litigation concluded and Williams did not notify this Court of the conclusion of his litigation and/or seek to reopen his proceeding. Rather, he filed pleadings seeking to further amend his 2016 amended petition even though he is no longer in custody under the judgment and sentence challenged in the 2016 petition.[1]

WHEREFORE, Respondents assert that an order lifting the stay would be appropriate.

Respectfully submitted,

JAMES UTHMEIER
ATTORNEY GENERAL

/s Rebecca Rock McGuigan
REBECCA ROCK McGUIGAN
ASSISTANT ATTORNEY GENERAL
Fla. Bar #0568759

---

[1] The propriety of any such amendment will be addressed in a later response.

444 Seabreeze Boulevard
5th Floor
Daytona Beach, FL 32118
(386) 238-4990
rebecca.mcguigan@myfloridalegal.com
crimappdab@myfloridalegal.com

COUNSEL FOR RESPONDENTS

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 16, 2025, I electronically filed the foregoing Notice of Compliance with the Clerk of the Court by using the CM/ECF system. I further certify that a true and correct copy of the forgoing document, and the notice of electronic filing has been furnished via U.S. Mail to *pro se* Petitioner Donald Otis Williams, DOC# U13479, Union Correctional Institution, P.O. Box 1000, Raiford, Florida 32083.

/s *Rebecca Rock McGuigan*
REBECCA ROCK McGUIGAN
ASSISTANT ATTORNEY GENERAL