UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**DONALD OTIS WILLIAMS,**

    Petitioner,

v.                                                      **Case No: 5:16-cv-357-WFJ-PRL**

**SECRETARY, DEPARTMENT OF CORRECTIONS and FLORIDA ATTORNEY GENERAL,**

    Respondents.
_____

**ORDER**

This cause is before the Court on Respondent's Status Report. (Doc. 32). On December 19, 2016, the Court stayed this case while Petitioner's state court appeals were pending. (Doc. 22). Respondent notes that Petitioner's state court proceedings have concluded. (Doc. 32). Accordingly, the Court will lift the stay.

It is hereby **ORDERED**:

1. The **Clerk** shall **LIFT THE STAY** and **ADMINISTRATIVELY REOPEN** this case.

2. As previously directed, *see* Doc. 31, Respondent's response to Petitioner's Motion, Doc. 29, is due on or before **October 31, 2025**.

**DONE** and **ORDERED** in Tampa, Florida on October 20, 2025.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to</u>: Pro Se Party and Counsel of Record