

U.S. POSTAGE PITNEY BOWES
0209
2026

Mailed from a
State Correctional
Facility

Donald Otis Williams
L13479
Union Correctional Institution
P. O. Box 1000
Raiford, Florida 32083



SCREENED
By USMS

United States District Court
Golden - Collum Memorial Federal Building
207 N. W. Second Street, Suite 337
Ocala, Florida 34475 - 6666

MAIL

5:16-cv-357- WFJ-PRL