UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

DONALD OTIS WILLIAMS,

      Petitioner,

v.

SECRETARY, DEPARTMENT
OF CORRECTIONS,

      Respondent.

CASE NO.  5:16-cv-357-WFJ-PRL

## **NOTICE OF APPEARANCE**

Notice is hereby given that Michael McDermott, Esq., Senior Assistant Attorney General, appears in this action as lead counsel for the Respondent. All future correspondence and electronic notifications should be addressed to Michael McDermott at the address below.

Respectfully submitted and served,

JAMES UTHMEIER
ATTORNEY GENERAL
by:

/s/ *Michael McDermott*

Michael McDermott
Senior Assistant Attorney General
Florida Bar No. 593151
Office of the Attorney General

Pl-01, the Capitol
Tallahassee, Fl 32399-1050
(850) 414-3300
(850) 922-6674 (Fax)
Service: FederalHabeas@myfloridalegal.com

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Appearance was mailed to Donald Otis Williams, DC No. U13479, Union Correctional Institution, P.O. Box 1000, Raiford, FL 32083 on this 9th day of July 2026.

/s/ *Michael McDermott*

Michael McDermott
Attorney for Respondent