UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

DONALD OTIS WILLIAMS,

      Petitioner,

v.

SECRETARY, DEPARTMENT
OF CORRECTIONS,

      Respondent.

CASE NO.  5:16-cv-357-WFJ-PRL

## NOTICE OF LEAD COUNSEL DESIGNATION

Undersigned counsel hereby provides notice of lead counsel designation on behalf of the Respondent.

Respectfully submitted and served,

JAMES UTHMEIER
ATTORNEY GENERAL
by:

/s/ *Michael McDermott*

Michael McDermott
Senior Assistant Attorney General
Florida Bar No. 593151
Office of the Attorney General
Pl-01, the Capitol
Tallahassee, Fl 32399-1050
(850) 414-3300
(850) 922-6674 (Fax)

Service: FederalHabeas@myfloridalegal.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Lead Counsel Designation was mailed to Donald Otis Williams, DC No. U13479, Union Correctional Institution, P.O. Box 1000, Raiford, FL 32083 on this 9th day of July 2026.

/s/ *Michael McDermott*
Michael McDermott
Attorney for Respondent